UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CR-20255-WPD

UNITED STATES OF AMERICA,
          Plaintiff,

v.

ADAM BROSIUS,
          Defendant.
_____/

**DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR
DOWNWARD VARIANCE PURSUANT TO 18 U.S.C. § 3553(a)**

## I.       INTRODUCTION

Defendant Adam Brosius, through undersigned counsel, respectfully submits this memorandum in advance of sentencing. He asks this Court to impose a sentence that is "sufficient, but not greater than necessary" to accomplish the purposes of sentencing under 18 U.S.C. § 3553(a).

Mr. Brosius accepts full responsibility for his actions, expresses deep remorse, and has engaged in extensive cooperation with the United States Government. His cooperation has been significant and ongoing, and the Government is expected to file a Rule 35(b) motion following sentencing to further reduce his sentence based on that continued assistance.

While the advisory guidelines place him at Offense Level 30 (97-121 months), the confluence of mitigating circumstances, including his extraordinary cooperation, nonviolent nature, first-time offender status, exceptional character, and complete rehabilitation, justifies a downward variance to Level 12, which corresponds to 10-16 months, a sentence that can and should be satisfied by home confinement and probation.

## II.      BACKGROUND AND CONTEXT

At 61, Adam Brosius stands as a self-made businessman and respected community figure, Mr. Brosius devoted decades to building a legitimate career and mentoring others.

From the moment of his arrest, Mr. Brosius has been cooperative, candid, and remorseful. He has met repeatedly with federal agents and prosecutors, turned over documentation, and assisted in preparation for the prosecution of others. Although not called to testify, his assistance was instrumental and continues to this day. His cooperation has been recognized by the Government and is expected to be the subject of a future Rule 35(b) motion.

## III. COOPERATION AND EXPECTED RULE 35(b) MOTION

Mr. Brosius's assistance satisfies every factor warranting relief under Rule 35(b):

1.      Significance and usefulness of assistance: His cooperation helped corroborate evidence against higher-level participants, guiding investigative strategy and trial preparation.

2.      Truthfulness, completeness, and reliability: Agents and prosecutors have noted his consistent honesty and reliability, even when it meant acknowledging his own culpability.

3.      Nature and extent of assistance: He provided information in multiple meetings and voluntarily surrendered documents and communications to facilitate the Government's case.

4.      Risk and hardship: His cooperation has cost him business opportunities, strained family ties, and damaged his reputation irreparably.

5.      Timeliness: He began cooperating immediately after his plea and continues to assist today.

While this memorandum seeks a variance under §3553(a), the defense respectfully notes that the Government retains authority to file a Rule 35(b) motion after sentencing as Adam's cooperation continues to bear fruit. The Court may, therefore, impose a more lenient sentence now, knowing that further adjustment may follow upon the Government's later motion.

## IV. NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Brosius acknowledges that he participated in conduct involving diverted pharmaceuticals. He derived limited personal benefit and no longer possesses any gain from the conduct. He has forfeited everything, his livelihood, reputation, and financial stability. Most importantly, he has learned the most painful lesson possible: that integrity, once lost, is irreplaceable.

This is not a case of continuing criminality or greed. It is a case of a fundamentally decent man who made serious mistakes, recognized them early, accepted responsibility, and has spent years repairing the damage through cooperation and personal transformation.

## V. HISTORY AND CHARACTERISTICS OF THE DEFENDANT

Adam Brosius's life story is one of diligence, generosity, and community service. He is a first-time offender who spent decades mentoring young athletes, volunteering in his community, and supporting his family. (See attached Exhibit A)

A.   <u>A life of kindness and service:</u>

Holly Flanders, his partner, writes: "Adam has been a steady, dependable presence for me and my two young boys. He's taught them patience, sportsmanship, and kindness. He has given away food to the homeless, supported children in need, and stood up for those who couldn't defend themselves."

Friend David Schlosser adds: "Adam's determination once drove him to excel in everything. That same drive now fuels his remorse and his resolve to rebuild. I've never seen him more humbled."

B.      Devotion to family and community:

His sister, Martha Garbarino, writes: "I have spoken to Adam weekly. I am proud that he took responsibility. He was the brother who never quit, the fun uncle who spent hours playing games with my kids. This ordeal has changed him. He now defines success by honesty and integrity."

His brother Matthew recalls: "When our father was alone after our mother died, Adam made sure to visit him every few weeks, sacrificing his own time and money just so Dad had company. That's who Adam is, a man who shows up for people."

Friends such as Gail Mellott, Russ Mellott, and Mark Matje describe Adam as compassionate, civic-minded, and selfless. They recount stories of Adam volunteering at charity events, helping friends through illness, and supporting animal rescue organizations.

## VI. APPLICATION OF §3553(a) FACTORS

Federal sentencing is not a mathematical exercise, it is a moral and individualized assessment of the defendant before the Court. Under *United States v. Booker*, 543 U.S. 220 (2005), the Guidelines are advisory; the Court must consider the broader aims of justice. Applying the §3553(a) factors compels a downward variance here.

1.      The Nature and Circumstances of the Offense (§3553(a)(1))

The offense, though serious, was nonviolent, non-predatory, and limited in scope. Adam's conduct stemmed from professional desperation, not criminal intent or malice. He gained no wealth, hurt no person directly, and has since helped the very system that held him accountable. Courts have recognized that where "the offense

was aberrational conduct of an otherwise law-abiding life," a noncustodial sentence may be sufficient. *United States v. Howe*, 543 F.3d 128 (3d Cir. 2008).

2.   The History and Characteristics of the Defendant (§3553(a)(1))

Adam's 60 years of exemplary conduct far outweigh this isolated lapse. He has no prior record, extensive community involvement, and the unqualified support of dozens of family and friends. He has endured immense personal loss, his marriage, his company, and his financial security. This case has transformed him into a man wholly committed to restitution, humility, and service.

3.   The Need for the Sentence to Reflect the Seriousness of the Offense, Promote Respect for the Law, and Provide Just Punishment (§3553(a)(2)(A))

Adam's public prosecution, guilty plea, and ongoing cooperation have already achieved these goals. He has suffered extraordinary collateral consequences: bankruptcy, loss of professional reputation, and emotional trauma. As courts have recognized, "The process itself, the arrest, prosecution, and conviction, imposes substantial punishment on a first offender." *United States v. Adelson*, 441 F. Supp. 2d 506, 514 (S.D.N.Y. 2006).

4.   Deterrence (§3553(a)(2)(B))

Specific deterrence is unnecessary. Adam's life is forever changed. General deterrence is served by his public accountability and the example of his cooperation. Extended incarceration would serve no additional deterrent purpose.

5.   Protection of the Public (§3553(a)(2)(C))

Adam poses no danger to the public. He has no history of violence or recidivism risk. He is a law-abiding, compassionate individual who has demonstrated rehabilitation through his actions.

6.      Rehabilitation (§3553(a)(2)(D))

The past several years of supervision and cooperation have already accomplished

rehabilitation. He has been humbled, reflective, and resolute in helping others. Home

confinement and probation will allow him to continue this progress, contribute to

society, and remain available for continued government cooperation.

7.      The Kinds of Sentences Available (§3553(a)(3))

A term of home confinement and probation is fully authorized under 18 U.S.C. §

3561. With conditions such as community service, counseling, and restitution, this

sentence would balance accountability and redemption.

8.      Avoiding Unwarranted Sentencing Disparity (§3553(a)(6))

Many similarly situated first-time defendants who cooperated have received

substantial variances or noncustodial sentences. To impose a lengthy custodial term

here would create disparity, not uniformity.


**VII. CONCLUSION AND RECOMMENDATION**

This Court has before it a man who has learned, cooperated, and changed. He stands stripped

of the privileges he once had, yet surrounded by those who know his heart. He does not ask to escape

responsibility; he asks only for mercy that reflects his cooperation, remorse, and humanity.

As Holly Flanders writes: "Adam is not defined by his mistakes. He is defined by how he has

worked tirelessly to make them right."

For all the reasons set forth above, Mr. Brosius respectfully requests that the Court:

1.      Grant a downward variance from Level 30 to Level 12;

2.      Impose a sentence of home confinement and probation, with community

service and restitution as conditions; and

3.      Recognize the Government's continuing authority to later move for a further

reduction under Rule 35(b) in light of Mr. Brosius's ongoing cooperation.

Such a sentence would honor the purposes of §3553(a), uphold fairness, and promote

rehabilitation over retribution.

Respectfully submitted,

/s/ Stephen T. Millan
Stephen T. Millan, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing documents was electronically filed with the Clerk of Court using CM/ECF on this 5th day of November of 2025. I also certify that the foregoing document is being served on the government, via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

<u>/s/ Stephen T. Millan</u>
Stephen T. Millan, Esq.
Florida Bar No.: 883719
Counsel for Adam Brosius
1815 NW 7th Street
Miami, FL 33125
Telephone: (305) 644-1800
Email: millanstm@gmail.com

**Dear Judge Dimitrouleas,**

I am writing this letter on behalf of my boyfriend and closest friend, Adam Brosius, who is currently before you for sentencing. My hope is to offer some insight into the person I know him to be beyond the charges he is facing.

Adam and I met over four years ago when I came to Florida for what I thought would be a brief getaway. At the time, I was going through an incredibly painful chapter—my husband had left me and our two small children, moving across the country without us. I was heartbroken and searching for a new beginning outside of New Jersey. Some close friends, who were staying in Florida during the Covid lockdowns, encouraged me to consider staying longer. It was through the local beach volleyball community in Delray Beach—a close-knit, welcoming group—that I met Adam. Although we shared mutual friends from years of playing in the Northeast, we had never met before. What began as a friendship eventually grew into love—rooted in his kindness, reliability, and unwavering support for me and my children.

Adam and I have been in a committed relationship for three years. In that time, I have come to know him as kind-hearted, generous and deeply caring. He has taken his role in my life—and in the lives of my two young boys—to heart. Adam has been a steady, dependable presence for all of us. He's spent countless hours teaching the boys how to throw a football, shoot hoops, and chatting about sports stats just to make them smile. He encourages Parker, who struggles with his speech, by researching techniques online and gently prompting him to correct words during conversation. Adam supports Hudson, who finds reading especially challenging, by patiently listening as he sounds out words while reading books and signs. These may seem like simple things, but they are incredibly important—and often hard—to do with intention and patience in the day-to-day. It's also different coming from a mom; the way those efforts are received changes when it's a male figure who loves them offering encouragement and support.

Over the past few years, Adam has woven himself into our family traditions — photos with Santa and Christmas festivities, sneakily hiding Easter eggs, helping us come up with our gratitude lists at Thanksgiving, and bravely teaming up with me to wrangle wild packs of boys at birthday parties. We can't imagine these moments without him! Adam is not their biological father, but he has become the closest thing they've had to a dad figure in these last few years.

He reinforces values in my home—manners, respect, honesty, and kindness. He's the one who playfully disrupts bedtime with laughter and silliness, but also the one who makes "special cinnamon toast" in the morning to motivate them to get out the door for school. The boys love him dearly, and his presence has brought a warmth and stability into our lives that I never expected when we first met.

Together, we've faced challenges over the past few years and have worked hard—both individually and as a couple—to grow and become better people. We talk openly about accountability, making amends, and choosing to do the next right thing, even when it's difficult. Adam has been honest with me about his legal situation since the very beginning. Despite

knowing the road ahead might be hard, I chose to stay because of the goodness I saw in him—the man he is when no one is looking.

I have seen Adam give his lunch—a full pizza—to homeless people in need. There's a young man with Down syndrome who plays a bucket drum on the street near us, and Adam always supports him—encouraging him, tipping him, and even intervening one evening to prevent someone from stealing the young man's earnings. Adam holds doors for others, greets strangers warmly, and treats every server at restaurants with respect—even when the service is lacking. Each year I've known him, he's donated school supplies to elementary children in need and animal shelters. Adam even helped me adopt and care for two kittens from shelters over the past two years. We often walk along the beach together, and you'll always find Adam picking up trash and removing harmful objects to protect people, environment and the wildlife. This is a man who doesn't just care for the people close to him—he extends kindness and dignity to those all around him.

When Adam was incarcerated for a painfully long three months, we stayed in constant contact through phone calls and emails. That time was incredibly hard on him—and on us. Even since returning home, the emotional and psychological toll is clear. He struggles to sleep and eat, and the weight of this situation is something he carries every single day. At 60 years old, Adam has lost nearly everything—his career, financial security, and reputation. What remains is a small circle of loyal friends and the life we are building together.

Your Honor, I am not writing to diminish the seriousness of the legal matters before you. I simply ask that you consider the full picture of who Adam is. He is the man who stepped into the chaos of a single mother's life and brought patience, strength, and love. He is my person—and he is Parker and Hudson's Adam.

Please, I respectfully ask that you show him mercy and leniency in your sentencing.

**Respectfully,**
Holly Flanders

*Holly A Flanders*

Dear Judge Dimitrouleas,

I have known Adam Brosius for 35 years. We first met as competitors on the volleyball court and soon after, became teammates and then close friends as the years progressed. Over the last three decades, we have been through many life events - marriages, divorces, the birth of my children, the deaths of parents and friends, career changes, illnesses, injuries, and relocations. As such, he is someone who I have been able to count on. He has also been a constant contributor to my volleyball coaching both financially and in person. He has given me support and shelter in hard times and has lived with me and my family through a few of his own. To this day, he remains one of my very close friends.

I am acutely aware of the very serious position in which he now finds himself. I make no excuses for his actions. However, as his close friend, I do believe I can shed light on why and how things might have gotten away from him, escalated to the point they did, and why I firmly believe he will never be in a similar position again.

Adam is a man of singular focus. He outworks the people around him and exhausts all efforts in the pursuit of achieving his goals, whether business or personal. As a teammate or business associate, it is clear how valuable those attributes can be. Sometimes however, this involves making decisions with blinders on, rendering him fixated on that goal in the distance and nothing else. This is not done with malicious intent; he sets a goal and then becomes wholly focused on achieving it. While this has routinely been as asset of his in his personal and professional lives, it was his downfall in this scenario.

Adam is also very innovative. He has the ability to view problems from unique angles; it is one of his greatest attributes. Thinking outside of the box is how I have always described him to others. It is the thing I admire most about him and until now, it has served him well. The combination of his ambition and creative problem solving are the foundation of much of his success. In this instance, unconventional thinking and drive ultimately resulted in poor choices and the situation he find himself in today.

Though ambitious and creative are two of Adam's best qualities, he is also extremely open to change and reflection. Adam is a person who recognizes the importance and value of adjusted thinking and behavior. He is always willing to change and evolve as a result of past outcomes.

I hear and see change in Adam as a result of this case. To refer to this experience as humbling and terrifying is an understatement. I have never seen him unsure or shaken until now which offers me assurance through his words and actions that nothing of this nature will ever happen again. I did not come to this determination lightly or quickly. I have spent a tremendous amount of time considering all facets of this case, Adam's involvement, and what it meant for

our friendship. After much reflection, I genuinely believe he painfully regrets his actions and is hopeful he will have the opportunity to redeem himself.

I believe that the young man I befriended 35 years ago and the person who I have opened up my home and family to is the same good person today. Older, wiser, humbler, and prepared to own and be accountable for his failings and mistakes.

Friendships are a very important part of my life. I do not take lightly the responsibility of friendship or advocating for the people I care about. This situation has shaken Adam to the core; he is forever changed and that gives me confidence that he will refrain from anything that even remotely resembles his actions and decisions as it relates to this case.

I appreciate this opportunity and thank you for taking the time to read my letter.


Respectfully,



David Schlosser

Honorable Judge Dimitrouleas,
United States District Judge
299 East Broward Blvd
Ft. Lauderdale, FL 33301


Dear Judge Dimitrouleas,

I am writing to you with the utmost respect regarding the upcoming sentencing of Adam Brosius. My name is Joanna Bittar, and I have known Adam for four years in my capacity as a very close friend, mentor, coach. This is not an easy letter to write, because it's hard to watch someone you care about go through something like this. But I feel it's important that you know the version of him that those of us who love him know - the version that doesn't make it into reports or courtrooms.

Adam Brosius is one of the most intelligent, kind and compassionate people I've ever known. He has an incredible ability to connect with people and make them feel valued - without judgment, without hesitation. He is deeply inclusive, always treating everyone with the same warmth and respect, no matter their background or situation. His heart extends beyond people, too. Adam has a natural love for animals and a gentle way with them that speaks volumes about his character. His kindness shows in the small, quiet ways that matter most for me.

Adam has also given so much of himself to others through volleyball. He's a passionate beach volleyball player and coach who volunteers his time - not for recognition, but because he genuinely wants to help others to grow. He doesn't just play - he coaches, mentors and builds community. He's volunteered countless hours coaching others, teaching them not only the sport, but how to believe in themselves and work as a team. He coached countless players, encouraging confidence, discipline and teamwork. He's also taken the lead in organizing numerous beach volleyball tournaments and events - bringing people together, creating positive experiences, and making a real difference in so many lives. He's never asked for recognition - he just does it because he loves seeing others grow and connect. Adam builds community wherever he goes, both on and off the court. His leadership inspires both athletes and peers, and his presence builds unity, confidence, and joy in others.

He is also one of the most hardworking people I know. When he commits to something, he gives it his full heart and energy. And he doesn't just work hard for himself - he works hard to lift others up. That's who he is. That's who he's always been.

Adam is also facing personal challenges. Due to his age and declining health, this chapter has taken a heavy toll - physically, emotionally and mentally. I respectfully ask you to consider these circumstances as you weigh your decision. The burden of this process, and the accountability he's already shown, have made a deep impact on him. He carries real remorse, and a sincere desire to do better, to be better, and to continue serving others in the ways he always has.

Judge Arleo, I ask for your compassion and leniency in sentencing. This is not a man who brings harm to the world. He is someone who heals, who helps, and who leads by quiet, steady example. With continued support and understanding, I have no doubt that he will keep giving back in meaningful, lasting ways.

Thank you for your time, and for allowing me to share my heart about someone who means so much to me and to so many.

With deep gratitude and respect,
Joanna Bittar

Dear Judge Dimitrouleas,

I'd like to take some time to explain my relationship with Adam and the man I've known who's in this situation.

I met Adam when I was 19 years old. We were playing volleyball against each other and there was a disagreement about a call and things got rather heated, as I was a bit of a hot head at the time. At the end of the night, I was walking back to my car in the parking lot and he came up to me and said "you and I need to play together next week and put this behind us". That? was the start of a 30 year friendship of learning, support, laughs, competition, education and travels all over the country playing professional volleyball. We've had some tense times on the court, and I've watched him handle pressure, calm me down, and in the grand scheme remind me that "things always work out for the best".

Adam has had dozens of times that I have personally seen where he could have slighted someone, gotten the better of someone, created a lopsided outcome, and everything in between with both friends and strangers. Volleyball tournament seedings, flight arrangements, housing plans, down to a simple grocery store visit and bar tab. He's had opportunities to short people, skip tipping, slip something past a self checkout at the grocery store, pick something up that someone dropped... all of life's choices. Never once, not once, did he choose the wrong path when putting good out into the world and reminding me that "karma" is a real thing.

Adam is a very aware man. He's one of the most educated guys I've ever met. He has always mentioned in discussions over something like this current situation as "not worth it- go work harder and get up earlier than the next guy. There are no shortcuts". That's Adam.

Early mornings, long days, late nights. Long drives and flights. Always been a hallmark of the man. His intensity for life and work are par excellence and he brings a sound energy to every situation he's been in around all the people that have known him for years as well as minutes.

When I first heard about these claims of wrongdoing, I found it quite hard to believe that Adam would choose the path that was being claimed at the scale that it is for as long as it's been. It just makes zero sense to me that he would risk a charmed life of friends, travel, volleyball that he loves so much, and just life in general- a result of working his ass off his entire life, non-stop selling all the time, to lose it all for something that would be blatantly obvious not to do.

He ran a business with family members and friends that were on the payroll- I have to ask myself "why would he risk all of that?". Something doesn't connect that he would voluntarily put so many people in harm's way with the actions being claimed.

Adam has always been a guy I could count on at any hour of the day from anywhere in the country and I've expressed that character trait to my own sons when they've spent time with him. He was like a father figure to them for the short time they've been able to be around him.

I've had a lot of people asking me "what's going on with Adam??" because everyone knows I've been good friends with Adam since my college days, and I have no answer that makes sense. There's just a complete disconnect of how things have gotten here.

All of that said, I can't in good conscience, not also suggest a very dark side of this case and its outcome on Adam. I know what kind of person Adam is. I know what freedom, spontaneity, good times and friends, and the joy of doing business and working hard as hell for the rewards that come with it mean to him. If his freedom and place in the world is removed, I am, to put it bluntly, genuinely concerned I'll never see him again. You can read between the lines here- but him not being here for long is a very real possibility. That really weighs on me and my family.

I don't know all the details of this case.  There's so much that just doesn't make sense based on everything I've known about him and his behavior, but he's in this situation, nonetheless.

I'm going to do my best to take off from work to be there in court in person.

To see my friend who's done so much good in the world and has such a lust for life and energy beyond most.

To look him in the eye and let him know I'll always be here, and I hope he will be too.

I'm genuinely concerned I'll never see him again, and I'll spend the rest of my life wondering what happened here.


Very Sincerely and respectfully,

Gregory Runk (and most of my extended family- we all know Adam)

**Russ Mellott**
**2177 Twining Road**
**Newtown, PA 18940**

19 April 2025

**Honorable Judge Dimitrouleas,**
United States District Judge
299 East Broward Blvd
Ft. Lauderdale, FL 33301

Re: Adam Brosius

Dear Judge Dimitrouleas,

I have known Adam for 30+ years.   He has been one of my closest friends over that time. We have always shared in each other's personal lives.   I met Adam through my Volleyball career after college.  He and I were both fierce competitors, as well as playing partners at different events and tournaments.   He and I have also spent years playing golf together with each other's families and during personal trips and events.   Adam has always been an individual that stands out, and takes a leadership role with his friends in organizing and ensuring everyone is included and has a good time.

Adam has always been a kind spirit to both people he knows as well as strangers, He takes time to appreciate everything in life.   He is very generous and supportive of others in their time of need.   When my mother passed several years ago, Adam was a strong support for me as I got through that tough time in my life. I also remember during Hurricane Sandy, Adam was the only member of our community in Pennsylvania to pack up his truck and drive up to north Jersey to help relief organizations assist those in need after the hurricane,  that always stood out to me as a perfect example of who he is personally.

This recent legal situation Adam is in, caught me off guard.  I was quite surprised and disappointed.  That behavior was a side of him that I never saw in 30+ years, and do not expect to ever see again in the future.  Adam has always been a person who learns from his mistakes, and I am confident he will take away a great many learnings from this outcome. He apparently made some very poor choices, and I expect he will hold himself to a higher standard coming out the other side.

I do honestly believe he is a genuine and good person, who made some mistakes.

I do hope that he is able to quickly return to a life of contributing to his friends and family, like he has in the past.  I expect that upon returning to a normal life, he will be sure to walk the right path, as he has in so many ways in the past before this situation arose.  I believe his admissions were the first step in that road to recovery and are an example of him taking responsibility for his actions.   I truly hope you see that as well.


Respectfully yours,

**Russ Mellott**

April 22nd, 2025

Honorable Judge Dimitrouleas,
United States District Judge
299 East Broward Blvd
Ft. Lauderdale, FL 33301

Dear Judge Dimitrouleas:

My name is Mark Matje and I have been a friend of Adam Brosius for over 35 years. We met playing competitive volleyball back in the late 1980's and have stayed close friends ever since. Lately it has been golf trips together where we continually reminisce about the good old days and our triumphs on the volleyball court. Adam is a staple in the volleyball world on the east coast – he was a fierce and successful competitor back in the early days of our careers – and one of the few still playing the sport at 60 years old. He is an ardent supporter of the Pottstown Rumble from the start – one of the largest grass doubles tournaments in the country - and was recently inducted into their "Hall of Fame".

From a personal standpoint – Adam is a loyal and respectful friend. He is always there – in the good and the bad – willing to reach out and help as needed. His core values are evident in the way he compliments the parenting of my children and my strong familial relationships. We communicate multiple times a week on life events and things going on in the world. Last year my father passed away. I was very close to my father and Adam was well liked by both my mother and father. He flew into town for the funeral for support. I remember my mother giving him a big hug.

I personally had a hard time with the recent conviction. I have a steadfast rule of keeping my work and social life separate. Not really knowing what Adam did for a living other than run a pharma company it took me some time to process what was going on. The question becomes do you throw away 35+ years of friendship for a mistake he made. After a lot of thought I decided the friendship was more important and since that decision have supported Adam as he works thru this issue.

I expect Adam to do what needs to be done to get this situation behind him. I will continue to support Adam and be his friend as he works thru the process and at its conclusion look forward to many more good times together.

Respectfully,

Mark Matje

Honorable Judge Dimitrouleas,
United States District Judge
299 East Broward Blvd
Ft. Lauderdale, FL 33301


Dear Judge Dimitrouleas,

I am writing to you regarding Adam Brosius and his upcoming sentencing and am asking that the court take this letter into consideration.

I met Adam 30 years ago when I was a student at Trenton State College (now The College of New Jersey). I had just started playing outdoor doubles semi-pro volleyball tournaments and was introduced to him there. As a young player and new to the scene, I had a lot to learn about the game and tournament strategy. Adam had been playing for several years and had been very successful. After meeting and speaking with him, he offered support and encouragement as I learned the ropes of the circuit. He was a familiar face I would see weekly and soon he became a mentor to me. As a financially struggling college student he helped support me by providing advice and strategy, giving me rides to tournaments and introducing me to the volleyball family. This helped me progress as a player but also introduced me to people that would become my lifelong friends. I even met my eventual wife through the game and the connections that I met through Adam and the game of volleyball. I also found a lifelong friendship with Adam as well. We would go on to be very close, partnering for tournaments and travelling the country together. Those days gave me some of my fondest memories and experiences in my life.

As we travelled the country and played volleyball together, I grew very close to Adam and got to really know him as a person. I found that he is kind, generous, caring, funny, adventurous, empathetic, and supportive. Over the years of competing, I also saw that he supported and was a mentor to many of the younger players. He also helped local clubs and tournaments and would also give back to the volleyball community that provided so much to me and to so many others. He is a pillar of the volleyball community and has helped so many over the years. He also volunteered his time and energy to help victims of Hurricane Sandy when his community was in need. All of these things demonstrate the caring person that Adam is and his willingness to help others.

I say this to provide perspective of the Adam Brosius that I know. He has been a true friend to me and many others, even being one of the groomsmen in my wedding. I am aware that Adam has been convicted of a crime, but I support Adam and believe he can still have a positive impact in the community and in the lives of his family and friends. I don't believe a harsh sentence is in the best interest of society. I trust Adam has the kind of character to learn from his mistakes and will make the best of an opportunity to grow as a person. I have seen that character over and over in his actions for all the years I have known him.

As he completes his sentence, I and my family will support him and help him as he plans the next phase of his life.  I ask that the court give him an opportunity to pay his debt and allow him to continue to be a positive factor in the community.

Respectfully yours,

James D. Mabee
849 Princess Dr.
Yardley, PA 19067
215.514.3937



**Connecting Elements**

Design
Furniture
Installation
**Solutions**

Honorable Judge Dimitrouleas,                                    4/28/2025
United States District Judge
299 East Broward Blvd
Ft. Lauderdale, FL 33301

Dear Judge Dimitrouleas,

Thank you for taking the time to consider this letter and hear my thoughts. I am the younger brother of Adam Brosius by 4 ½ years. Adam and I live about 10 hours apart from each other, but we have always been close. I live in Charlotte, NC and I have a small office furniture company. Sorry for the business letterhead.

As I said, Adam and I have always been close, even with the age difference. When we were younger, he would include me in pick-up football games with his older friends. During those times he always made sure I was OK, like an older brother would do. He would let me be part of the group, but keep an eye out to make sure things were good. If you are 14 years old playing tackle football with 19+ year olds, things can happen.

That aspect of caring about people is something he has always had. I call it, a hard exterior and a soft interior. This may be too personal so I apologize if it is. When I was still in high school met a young girl / woman with a child. I was immediately enthralled with her. I think I was 17 at the time. I told Adam about it and he said that it was great but to be careful because a child was involved. He asked questions about her in just a conversational way. Without me knowing it, he took a trip to the hardware store where she worked. He wanted to make sure that I was not getting involved in anything I shouldn't be. He never told me about going there. It ended up that I married that girl and we have been together for 34 years. My wife told me about his visit after the fact. He wasn't trying to stop anything. He wasn't trying to control my life. He wanted to make sure I wasn't putting myself in a bad situation and he just introduced himself to her and talked for a while.

My wife and I have 3 children that are older now, 40, 32, and 30. I was the first in my family to have grandkids for my parents. My older sister and brother did not until much older. When my kids were younger, Adam made an effort to

Columbia
1313 Rosewood DR
Columbia SC 29201
P | 803.779.3442
F | 803.779.3409

Charlotte
8227 F Arrowridge BLVD
Charlotte NC 28273
P | 704.525.2770
F | 704.525.0956

TF | 877.779.3409



**Connecting
Elements**

Design
Furniture
Installation
**Solutions**

be part of our family with visits and gifts. If he was invited to family thing, he always went. I didn't have a close of a connection like that with my other brother and sister. Adam shows a care and a loyalty that is different than they do.

At one point my company was not generating enough sales. We had a good operational system, but we needed a higher volume to match our overhead and expenses. Adam and I talked about it and he asked me if I wanted help selling for a while. He didn't live in Columbia, SC at the time, where my first office opened. I think he worked for little more than a year. He would travel every other weeks for a few days at a time. During that time he started relationships with some property managers that I still do business with today.

He was smart about it. I was trying to get each end user to want to do business with us. He was clever and went to the property managers. They knew when companies were moving in and out of their buildings. They wanted to get a lease signed by their potential tenant. Adam thought of offering them free design work. We would draw the space with furniture to meet the needs of the potential tenant. That way the property manager could show the people how they would fit in this possible space. It worked. We would get involved with the client before everyone else and we would help the property manager get the lease. He is smart in business that way. He also took time to try and help me with things he knew about.

Over the years Adam has included me and my family in his life. He does it on purpose and with interest. He invites us to things he is doing. Volleyball tournaments, weekend get togethers, etc. He has reached out to all of my children who are adults, in order to keep in touch and build a relationship. He goes out of his way, and I have seen him do that with my other brother's daughter and my sister's 2 children. He wants to have a close family and he works at it.

When my father was by himself after my mom died, Adam made sure to see my dad every couple weeks. They would go out to lunch together. Adam would drive an hour or so to see him just so my dad had someone to visit with. At the time I had a business, wife, and 3 kids and I was living 10 hours away from my dad. He stepped up to help my dad when myself, my other brother,

Columbia
1413 Rosewood DR
Columbia SC 29201
P | 803 779 3442
F | 803 779 3409

Charlotte
8227 E Arrowridge BLVD
Charlotte NC 28273
P | 704 525 2770
F | 704 525 0956

TF | 877.779.3409



**Connecting Elements**

Design
Furniture
Installation
**Solutions**

and my sister couldn't or didn't.  He sacrificed a lot of time and some money to make time for my dad.  He helped us out because it was more difficult for us to visit as often.  He never asked for anything in return.  Even after my dad died, he wasn't looking for anything.  He just did what he thought he needed to.

Adam and I both like to play games.  Sports, cards, beach games, etc. We would make a $10 bet on who would win at bocci ball on the beach.  He is very competitive and good at a lot of things.  With things like that he has set rules.  You don't cheat and you pay your debts.  If you lose $10 game, you pay your $10.  It sounds silly but it is the honor of how you do things.  If you lose you lose.  No excuses.

I read the different releases, but I don't know all of the details about Adam's legal problems.  I know he has regrets and that he would do things differently if he got a chance to do it again from the beginning.  He has told me that.  He was involved in business with people that he shouldn't have been.  He has been dealing with this for more than 4 years including some time in jail.  It has affected his life with the costs of losing a wife, losing most friends, losing a lot of finances, and losing some health too.  It has been difficult on him and I hate to see it.

I know the side of Adam when he is busy or aloof.  He is quick witted and that can be fun as well as irritating.  But I know he cares for me and my family.  I know that I can call at anytime and if he can help he will.  I know my wife and all of my kids can do the same.  I know if I were gone, he would try to take care of my family.  There are really only a handful of people that you can count on to that extent.  Adam does that for me and it means something.

I think Adam is a benefit to this world and a good person who did something wrong.  He is by himself with few friends and no wife or partner.  He doesn't have much else to lose in this world.  I am not sure what the benefit of putting him through more is.  He probably isn't going to get his wife, friends, or finances back.  The entire situation is just sad.

I am biased because I love my brother and I think positive things about him.  I understand there are other factors to consider, but not for me.  He is a

Columbia
1313 Rosewood DR
Columbia SC 29201
P | 803.779.3442
F | 803.779.3409

Charlotte
8227 F Arrowridge BLVD
Charlotte NC 28273
P | 704.525.2770
F | 704.525.0956

TF | 877.779.3409



**Connecting
Elements**

Design
Furniture
Installation
**Solutions**

good man that has more to offer, and I think it would do no good for him to be
locked away wasting it.

     I sincerely appreciate you taking the time to read through my thoughts.
Thank you.

Respectfully,

Matthew P. Brosius

Columbia
1313 Rosewood DR
Columbia SC 29201
P | 803.779.3442
F | 803.779.3409

Charlotte
8227-F Arrowridge BLVD
Charlotte NC 28273
P | 704.525.2770
F | 704.525.0956

TF | 877.779.3409

Martha J. Garbarino
385 Greene Ave.
Sayville, NY 11782
917.723.6888

May 15, 2025

Honorable Judge Dimitrouleas,
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

RE: Letter of Support for Adam Brosius

Dear Judge Dimitrouleas:

I am writing in support of my brother, Adam Brosius. I am aware of his guilty plea and cooperation with the Government in the proceedings before this Court and I am also aware of the other proceedings bearing upon this matter.

Throughout this case, I have spoken to Adam on a weekly basis about his feelings and thoughts and the position he is in. I have supported him through his pretrial incarceration and will continue to support him during and after this chapter of his life is over. Although I was unhappy and worried that he was detained, it seemed to have influenced his decision to take responsibility. I am very proud that he has decided to account for his part in this matter.

I worked for my brother for 5 years before his company closed last year. In the time I worked for him I never heard of or witnessed any actions that I believed might land him in this position. I did witness the long hours and dedication to his employees. However, I understand that the Government has researched and studied the events of this matter and needs to move forward. I am hoping that this is the beginning of the end of this chapter of his life so that he can still have a good life.

Although Your Honor likely doesn't know anything about Adam beyond what you have read in legal papers, he is much more. As a child, Adam could not lose. He played harder and could outwit most of his siblings and friends. His ability to keep going and never quit taught me if I wanted to do better that I had to show up and work hard. Any achievements I did attain were influenced by his grit and determination to be the best. Frankly, his

attributes worried me at the beginning of these proceedings. Adam has never been someone to back down or quit, which makes his decision even more meaningful for me. I appreciate his willingness and recognition that he must take account for his actions.

Besides being sharp, quick-witted and incredibly intelligent, Adam is also the fun uncle to my two kids. Adam spent countless hours playing ping pong and pool in our parent's basement at every holiday and family gathering. Long after our parents have passed, he is still the fun uncle. He seeks out games and toys that young adults would find fascinating and then spends hours playing with them and his niece and nephew. Both of my kids are fully aware of his situation and just want him to begin again.

I understand that he has been accused of, and pleaded guilty to, actions that warrant intervention. I hope this letter shows a more complete picture of Adam as we see him – a man taking responsibility for his actions and trying to make decisions to atone for them.

I respectfully ask that you consider all the parts of Adam when you render your sentencing.


Respectfully submitted,

Martha J. Garbarino

**Gail L Mellott**
**2177 Twining Road**
**Newtown, PA 18940**

16 April 2025

**Honorable Judge Dimitrouleas,**
United States District Judge
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

Re: Adam Brosius

Dear Judge Dimitrouleas,

I am a long-time friend of Adam Brosius. I met Adam well over 30 years ago at a volleyball tournament that my boyfriend, now husband, Russ was playing in. These tournaments went on every weekend for years, so it was easy to form strong friendships, and we certainly formed one with Adam. A life-long friendship. Adam stood out in a crowd as a leader, as well as a mentor. He is always eager to take the time to teach anyone with the desire to improve themself, whether it's volleyball, golf or something else. Sports are his passion, and he is a natural athlete. To this day there is nothing he enjoys doing more. He still plays the doubles volleyball tournaments in the over 50+ bracket.

Adam loves hanging out with his buddies, and time and time again I would observe that special quality Adam possesses that makes him stand apart. He is that guy who runs a few steps faster to open the door for an elderly person when no one else thinks to. He asks a stranger if they need help getting that large/heavy box into their car. He speaks to people with respect, says please and thank you. He stops and asks a couple taking a photo individually, would they like him to take the photo of them together. This is who Adam is.

The situation Adam is in, and his conviction has truly saddened me. He made poor choices, and I am disappointed in him for that. However, I also know Adam is not a bad person. He has a huge, kind heart and thinks nothing of lending a helping hand to a friend, whether he is

close to that person in need, or simply someone Adam cares about is close to that person in need. He wants to help.

Here are just a few examples that are near to my heart. My husband's cousin Brandy, her life partner died suddenly. Brandy was a stay-at-home mother now left with their five young children. She was left with no income source and there was no life insurance policy. Brandy's sister started a go-fund-me page and Adam was the first person to step up and gave so very generously. I was truly amazed by his willingness to help. He had never even met them. I am a 16 year volunteer at an animal rescue shelter for dogs, cats and horses in Richboro, PA, called Royce's Rescue. Adam has come to our rescue on more than one occasion, when an emergency situation arose requiring surgery that the rescue could not possibly afford without immediate funding help. On another occasion Adam volunteered to stay for a week and watch my own four pets when a pet sitter canceled just two days before a vacation that had been planned for months. This is just scratching the surface, but Adam just steps up to the plate time and time again.

This is why I feel so strongly that this world is a better place when Adam is participating in it, not from the sidelines, or a jail cell. I fear that Adam spending any long period of time in a jail would simply kill that kind and generous spirit that Adam possesses. Adam's joy comes from his family, and maybe even more so his friends, the sports he plays, the time he spends outdoors, walking, skiing, playing golf or volleyball on the beach. Adam has never appeared to care about money or being rich. He simply worked to Live; he doesn't live to work. I truly hope you can see the goodness in him the way his friends do. The way I do.

Respectfully yours,

**Gail L Mellott**