Case 1:24-cr-20255-WPD Document 274-1 Entered on FLSD Docket 03/11/2026 Page 1 of 3
Case 1:21-cv-20255-WPD Document 274-1 Entered on FLSD Docket 03/11/2026 Page 1 of 3
39306

USA v. C. Boyd
Exhibit A
1:24-CR-20255-WPD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GILEAD SCIENCES, INC., *et al.*,      :
                                      :
                Plaintiffs,    :  Case No. 21-cv-4106 (AMD) (JAM)
                                      :
v.                                    :
                                      :  **CERTIFICATE OF DEFAULT**
SAFE CHAIN SOLUTIONS, LLC, *et al.*,  :
                                      :
                Defendants.    :
                                      :
                                      :
---------------------------------------------------------------x

    I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the following defendants have not filed an answer or otherwise moved with respect to the operative complaint herein:

1. Adam Brosius
2. Alex Galvan
3. AMG Logistics Sky LLC
4. ASB Wholesale Distributors LLC
5. Ascension Pharmacy Holdings I LLC d/b/a Mermaid Rx and Ariel Pharmacy
6. Bakhtiyar Nabiev
7. Boulevard 9229 LLC
8. Brennan Page
9. Carlos Hernandez
10. Carlos Vega
11. Cesar Castillo Wholesalers LLC f/n/a Cesar Castillo LLC
12. CompaRx LLC
13. DNS Distributor LLC

14. Elite Distribution, Inc.

15. Frank Betancourt

16. Gentek LLC

17. Gustavo Fernandez

18. Invicta Wholesale Supply LLC

19. ITC Group LLC

20. Jeffrey Peterson

21. JM Smith Distribution Corp.

22. John Levitan

23. Jorge Caba

24. Laconia Avenue Pharmacy Corp.

25. Lazaro Roberto Hernandez

26. Liliana Teresa Sampayo Mena

27. Lorik Papyan

28. Luis D. Gonzalez Herrero

29. Mainspring Distribution LLC

30. Make It Happen Marketing Inc.

31. Maria Bedoya

32. MDSD Enterprises LLC

33. My Meds LLC

34. Omom Pharmaceuticals Inc.

35. Omom Wholesale Corp.

36. Pharma Pac Wholesale Corp.

37. Power Pro Logistics LLC

38. Quan Hernandez

39. Rapid's Tex Whole Sales Corp.

40. Silverline Pharma Logistics LLC

41. Skyline World Group, Inc.

42. Sofitel Trading Corp.

43. Stanislaus Mgbeojirikwe

44. Stephen Silverman

45. Stephen Smith

46. Synergy Group Wholesalers LLC

47. Tidy Garages LLC

48. Titan Distribution & Services LLC

49. Vibe Enterprise, Inc.

50. Worldwide Pharma Sales Group Inc. d/b/a Pharmasales.com

51. Zafar Abdullaev

The default of the foregoing defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: \_\_\_Brooklyn\_\_\_, New York

\_\_\_February 5\_\_\_, 2026

BRENNA B. MAHONEY, Clerk of Court

By: \_\_\_*J. Poveda*\_\_\_
Deputy Clerk