

USA v. C. Boyd

**Exhibit B**

1:24-CR-20255-WPD

December 23, 2025

Christi Boyd
7166 Calves Acre Lane
Easton, MD 21601

The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida
United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Your Honor,

Thank you for allowing me the opportunity to share my perspective as you consider the appropriate sentence for my husband, Charles Boyd. My name is Christi Boyd, and I have been married to Charlie for nearly 20 years. We have been together consistently since July 1999. We share two beautiful and kind sons, ages 17 and 14. Charlie has been a steady presence in my life since we were teenagers. He is my best friend, and we have navigated both life's challenges and joys together. I am so blessed to have found a partner that has grown with me, supported me, and shown nothing but deep love and loyalty throughout our relationship.

Charlie stood by me as I went back to college to become a teacher. He supported me as I battled with chronic Lyme disease for two years when our boys were very young. He has picked me up after the deaths of family members, and he has sat with me and cried with me as we've lost friends and pets. He has never made me feel anything other than strong; even during some of my darkest days. Living without him over the last two months has been the most difficult challenge yet, and still, he continues to be my soft space to land. He offers me comfort and hope, even when faced with a daunting unknown. I offer this letter with deep respect for the Court and full understanding of the seriousness of this matter.

My husband has always been guided by compassion, integrity, and unwavering faith. These qualities are not occasional—they define him. He is someone who consistently puts others before himself and lives a life centered on service, positivity, and gratitude. He shows these qualities constantly in many facets of our lives: through his deep devotion to the Down syndrome community, his compassion and empathy towards both friends and strangers, and through his determination to create a positive work environment for so many hard-working and loyal employees. He is the rock for our children and me, and he is an essential caregiver to his aging, ailing parents.

We welcomed our nephew, Charles Graham (Charlie's namesake), into the world on December 14, 2020. Early in my sister's pregnancy, we were told Graham had a 90% chance of being born with Down syndrome. After Graham was born, Charlie was absolutely smitten by his joyful disposition and sly sense of humor. Graham has been a bright light in our family, and he adores his "Uncle Cha-Cha." Graham and Charlie share a deep bond which is evident when they are together, whether in person or FaceTime.

Graham's love for life and joyful demeanor inspired Charlie to create a company with our boys and my sister and brother-in-law called "Happy Golf." Happy Golf's mission is to raise awareness, promote inclusion, and make strides toward a more understanding and accepting society for children with Down syndrome and other intellectual disabilities. He partnered with the I GOT THIS foundation by providing golf gloves and other accessories to children with special needs that participate in their golf camps. He has worked hard to spread the message of joy through the game of golf, and he has inspired our children to spread that message as well.

Within our family and friendships, he is the person people turn to in emotional or personal hardship. He listens with empathy, comforts without judgment, and encourages with compassion. Many have leaned on him during their darkest moments because they trust his steadiness and kindness. Charlie has organized help for people in our community who have lost their homes to fire, volunteered for Habitat for Humanity, and collected and shipped candy for Treats for Troops. Charlie and I participate annually in the angel tree sponsored by our church, and for children and adults in need of Christmas through our local Neighborhood Service Center. Charlie volunteers at the Talbot Optimist Club's Christmas Tree sale each year, which gives 100% of their profit back to those in need within our Talbot County community. His heart for vulnerable communities is sincere, and

he never hesitates to offer help where it is needed. Charlie gives back quietly, never seeking recognition for the kindness he shows.

Before the initiation of formal charges in June of 2024, Charlie strived to create and maintain a supportive environment for his employees. He implemented various character development practices and a positive work environment by implementing clearly defined core values that guide professional conduct and decision-making. He introduced a "word of the year" to establish a shared focus and encourage personal responsibility, growth, and accountability among staff. This word of the year is chosen by the entire company as a way to bring everyone together. Examples of past words include: Thrive, Resolve, and Rise. Charlie believes in treating people with respect and fairness, and many have expressed how his leadership helped them grow both personally and professionally.

Charlie has a wonderful relationship with his mom and dad (John and Cheryl), and he is essential in providing care for their well-being and daily needs. His father has had many health issues over the past three years and now has been diagnosed with congestive heart failure and end stage renal disease. John currently receives dialysis three days per week. Cheryl has been unable to walk without the assistance of a walker for almost 10 years. While John has been in and out of the hospital, Charlie and I gladly go over daily to do tasks such as take out the trash, make coffee, and feed the dog as she is unable to do these on her own. He shows them patience, dignity, and love—never viewing their care as a burden but as a responsibility he embraces wholeheartedly with happiness. His presence is essential to their well-being, and he has been their main source of stability for many years.

At home, he is a dedicated father, committed to raising our children (Casey and Jack) to be kind, responsible, and positive influences in our community. He teaches them to help others, to act with integrity, and to honor their commitments—values he models through his own daily actions. Charlie is a family man. He makes it a priority to be home for dinner each night, and we still say nightly prayers as a family before bed. He has coached our boys in football and lacrosse, and takes pride in being a present father. He and our children are avid Commanders fans, and Sundays in the fall are often spent cheering for their team or playing football in the yard.

He supports Casey and Jack in all they do, and he works hard to be sure they develop into positive, empathetic, and well-rounded young men. Throughout these last couple of months, I have been so proud of how Casey and Jack have responded to the extreme stress of not having their dad at home. They have held me up with their positivity, faith, and steadfast belief that life's trials help to grow strength and character. The ability for our young children to carry themselves with such grace can be directly attributed to the role model Charlie has been for them.

I understand that the Court must weigh many considerations when making decisions regarding sentencing. I only ask that you also take into account the man my husband has always been—the man who lifts others, serves his family, and contributes consistently and quietly to his community. His absence is deeply felt not only by our children and myself, but by his elderly parents, his employees, friends, and those who rely on his guidance and support.

Thank you, Your Honor, for your time, your attention, and the care you bring to this difficult decision.

Respectfully,

Christi Boyd

The Honorable William Dimitrouleas
United States District Court Judge, Ft. Lauderdale, FL
United States of America v Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Your Honor,

My name is Jack Boyd, and I am 14 years old. I am writing to share a little about my dad, Charlie Boyd. My dad is an amazing dad. He shows up for me in so many ways. He always plays games with me, and we have the best time together. He encourages me to be my best self, and I love his positive way of thinking. He comes to my sports games that are at home or away–even if it's over an hour away! He helps me practice for sports, like when he destroys me in a basketball 1 on 1 in the driveway. He always tries to beat me and my brother in golf which never really happens. One of my favorite things to do is have a Thanksgiving football game in our front yard. My dad is always the quarterback and either he has a really good throw or a really bad throw. I always joke and say, "You are way worse than Zach Wilson." When we are watching the Commanders football games together as a family, he always yells at the refs when it's a bad call which leads me to agree. And I can firmly say to my friends, "The only reason we lost was because of the refs, not skill."

When I was younger, my dad was my football coach. Even when I didn't play well he always took us to a restaurant, and that makes me happy because well, food. I remember this one football game I played in and me and my cousin had a great game. After the game he bought me funnel cake fries. He also helped me with my Fantasy Football team when I was younger. He basically did everything, but I took all the credit…except that one season where I only won four games. I blamed that on him! Now I can do it on my own, but sometimes I still need my dad to give me quick last second advice.

I will never forget the video of my birthday a few years ago when everyone was singing *Happy Birthday* to me, but you can only hear my dad singing the loudest because he loves me so much. He sang way out of tune, and every birthday we joke about it.

My dad is always so funny. One day my dad picked me up in the school parking lot wearing a wig that looked like the hair Bon Jovi used to have. He was also playing Halloween music with all the windows down. I was so embarrassed, but also I won't forget it.

One Christmas, I got a dirt bike. We went outside, and my dad tested it out. It was way too small for him. and his knees went up to the handles. It looked really funny. Then on New Year's Eve, we played Bean Boozeled with my brother, Dad, my friend and his brother. Let's just say my friend lost because he got "Old Bandaid" and "Skunk Spray."

On April Fools Day my brother and I set up pranks. The first prank we set up was we covered the bathroom entrance with tape, but my dad didn't fall for it because he found us laughing in the bathroom. The only successful prank on him was we turned his shower head facing the door to the shower. When he turned it on, cold water sprayed on his body. He is always such a good sport!

When we went to the beach, my dad and brother had this game where you have a football and you are covering the person running routes. Sounds normal, except the part where you're running into the ocean and when you're jumping to catch a ball you're getting either rocked by a wave, my brother, or both. My dad loves body boarding, but I didn't know what was so fun about getting killed by a wave. I thought it was more fun to stand in the crash zone and try not to fall over, and I was pretty good at it until a big wave came and made it feel like I was in a ball getting rolled down a steep hill.

At our house in the summer me, my brother, and our dad would try to make the basketball into the pool basketball hoop while we were in the air and about to fall into the pool. The rules are you have to catch the ball while in the air and throw it in the air before you fall into the pool. I also tried to beat him in pool basketball, but it didn't work out how I planned it in my mind. I planned on winning by a lot but it was the complete opposite. I got smoked.

A tradition that my family does every year is the "word of the year." The word of the year is a word that my family follows the whole year. We spend New Year's Day talking about what areas our family can improve in, and then we pick a word we all can agree on. Last year the word was "diligent." Diligent means to work hard and persevere. My family followed this word for the year. My Dad introduced this to our family to make all of us better in life and better in the future.

Life without him has been stressful and hard. No more family dinners with the four of us, no excitement for football. There's been no one to shout my names as loud at sport games. There hasn't been as much positive energy in my life or humor. My dad would get me excited for the littles things, like going and exploring the woods in our backyard and trying to find something cool. Sometimes after his walks he said he saw a few snakes, but when I went with him we never saw a snake. It didn't matter because I was spending quality time with him.

When I come home from school he's not waiting there to ask how my day was and what did you learn today (even though I always gave the same answer "good". There's no one to play against in Madden that throws nine interceptions in one game. When we went fishing and I got my rod tangled he'd give me his and try to fix my rod, and even though the tangle looked impossible to untangle, my dad would always find a way.

 Now I don't do any of those things a lot anymore. I get home from school, shower, do my homework, eat dinner, and just stay upstairs until I go to bed. My mom is trying to make everything ok, but she has so many things to take care of by herself. There have also been no family movie nights. The point is life hasn't felt or been the same without my dad at home.

I hope my letter shows you what a great dad I have. I don't want him to miss out on me growing up, and I don't want to miss out on all the great times we could be having.

Sincerely,

*Jack Boyd*

Jack Boyd

The Honorable William Dimitrouleas
United States District Court Judge, Ft. Lauderdale, FL
United States of America v Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Your Honor,

I have always looked up to my dad. He has been a mentor to me my entire life. He has taught me everything I know, and he is always there for me whenever I need it. Some of my best memories with him are playing golf, hanging out on the beach, and watching the Washington Commanders games every Sunday.

Golf has been a big part of my life since I was about four years old. Playing with my dad makes it that much better. Every round I play with him I have a blast. The memories of him slicing it into a pond or chunking it 2 feet in front of him always would put a smile on my face. When I would travel for golf he would be one of my biggest supporters, and he came to every tournament he possibly could. If I felt I played badly in one tournament he would be waiting to cheer me up and motivate me to do better in the next one. Not many people I know can motivate me like he does. He is so passionate about meeting your goals and even exceeding them. He always pushes me to be my best without adding pressure, and I am forever thankful for that.

The beach had always been one of our families favorite spots. My dad has been going to the beach with his family since he was born. My parents met there when they were teenages, and they have been best friends ever since. Now, my brother and I have been so lucky to have this tradition, too.  As a kid I remember playing in the surf with my dad. He would put me on his shoulders and go over top of all the big waves. Then, in the evenings we would go fishing. We love to kayak bait out and catch sharks. My dad is the one who taught me everything about fishing. I love to do it because of him and the time we spent together. Waiting for the fish is always the best. He has taught me patience. This is a very important skill in life, and more people need to be taught patience at an earlier age. My dad never failed to teach me the skills I need to be a successful adult at an early age.

Watching the Washington Commanders games on Sundays was always one of my favorite parts of the weekend. I would always watch with my dad, and one of the best memories I have is watching the hail marry against the Bears last year. These are memories that I will cherish for the rest of my life. Now, when Sunday comes around, I don't have my dad with me to cheer them on. It's different, quiet, and sad. Nobody is cheering or getting upset when there is a bad call. There is nobody to compare fantasy football lineups with, and I look forward to the day that I get to make more of those memories with him.

Looking into the future is not an easy thing to do. Now looking into the future without my dad makes it that much harder. Thinking that he won't be able to attend my high school and college graduation or my engagement and wedding is a terrible thing. Thinking about all of this breaks me down. There is not anyone that I would ever want to miss these special events, and thinking about them and not having him there hurts. Even the small things like Christmas and Thanksgiving without him will never be the same. The amount of leftover food that we had because my dad was not there to clear everything out this year was insane.

The future is also scary knowing that I won't have him to guide me through things that every parent should be able to do with their kid. I don't know everything. He teaches me what I don't understand, and I always know that he teaches me well and prepares me to be a thriving adult. Everything that I have done so far would have never been done without him. So knowing he won't be there with me in the future is a scary thought.

Your Honor, I know my dad is facing a really serious sentence, and I understand how important this decision is. I also understand that the charges against him are serious. I just want to say that what he's been charged with doesn't match the dad I've known my whole life. To me, he has always been someone who cares about his family and tries to do the right thing. I've looked up to him, and it's hard for me to believe that this reflects who he truly is. I respectfully ask that you keep the person he has always been to me in mind when deciding what happens next.

Respectfully,

Casey Boyd

Kathryn Christensen
3560 E. Cove Wash Way
Saint George, Utah 84790
k.chris0119@gmail.com
435-619-3813

December 21, 2025

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

TO: The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida

I am writing this character letter on behalf of my brother-in-law, Charles Boyd, whom I have had
the privilege of knowing for 26 years. I met Charlie when I was 9 years old and have looked up
to him over the years as someone who not only shows love for his family, but to all who have the
honor of meeting him.  His positive attitude, generosity towards others, and true love for life is
inspiring.

Charlie has always welcomed me as his "little sister". He has seen me grow through the years
and I have fond memories of visiting Charlie and my sister, Christi in Maryland and Washington
DC. Charlie deeply cares about his family and continually shows support through his actions. He
is a dedicated father to his 2 sons, a loving husband to my sister, and a strong business leader.

When my son Graham was born with Down Syndrome in 2020, Charlie was so excited to
welcome this new blessing to our family. In 2021, at only 10 months old, Graham was silently
aspirating and spent weeks in the hospital recovering. At the time, my husband was employed by
Charlie and we felt unwavering support from him and coworkers during this tumultuous period.
Charlie organized dinners and gave my husband the time off he needed to be with Graham as he
recovered. We were able to focus on our child knowing we had the support of my husband's
employer and our work family.  As Graham healed, Charlie became a strong advocate for him.
He sponsored our local Mighty Steps for Down Syndrome event in 2022 and proudly walked
alongside his nephew and family in the National Buddy Walk in 2023. In 2024, Charlie and our
family began a small business that supports a national foundation promoting golf instruction for
individuals with disabilities. Charlie's devotion to his family is unwavering. Our lives have been
greatly blessed by his encouragement, support, and positive attitude.

Charlie has a strong drive for life, spreading positivity and encouragement to all who have the joy of meeting him. His faith is something I admire and I have become a better person because of him.

Thank you for taking the time to read my letter. I am honored to know Charlie and to give you a small glimpse into his genuine character.

Sincerely,
Kathryn Christensen

Evan Collin Christensen
3560 E. Cove Wash Way
Saint George, Utah 84790
e.collin32@gmail.com
435-668-8698

December 21, 2025

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

TO: The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida

I am writing this character letter on behalf of my brother-in-law, Charles Boyd, whom I have had
the privilege of knowing for 18 years both personally and professionally. In addition to our
family relationship, I have had the opportunity to observe him closely in his role as an employer
and business owner, which has given me a well-rounded perspective on his character.

I began working for Charlie in 2018 and was given the opportunity to help him open a
warehouse on the west coast. As an employer, Charlie ran his company on strong values, visions,
and missions. We had team building events that encouraged our understanding of the values
within the company. Each year Charlie focused on a word and encouraged the use of that word
and meaning throughout the day to day business operations. We listened to motivational podcasts
and read books that aligned with the values of the company. Every meeting, team call, or
community outreach was focused, genuine, and meaningful. Charlie's generosity towards others
went far beyond simple bonuses or other monetary gifts. Charlie had a way of knowing exactly
what his individual employee needs were and worked to support each employee on a personal
level. Charlie values his employees and it shows in everything he does. He treats every employee
like family on a deep and genuine level.

A personal experience that my family had with Charlie included our medically fragile child in
2021. When Graham was 10 months, he was admitted to the hospital 4 times over the course of 2
months due to silent aspiration causing pneumonia. My wife had drained her sick leave time
through her company and I was close to using mine as well. Worried about work, family, and
income, Charlie made it a point to give me time off with my child without loss of pay. He was
encouraging, supportive, and understanding that family comes first. Having that weight lifted
from our shoulders in a very challenging time, helped us tremendously. This is just one example
of the love Charlie gives his employees. I can remember times that Charlie supported other
employees through donations, sponsorships, and community outreach. His encouragement and

positivity in meetings was contagious. He genuinely wanted his employees to enjoy their work and become one as a team.  Charlie also cared deeply about his customers. He continually worked to improve his shipping procedures, customer satisfaction reports, and efficiency of the warehouse. His priorities were always set on the customers and his employees and it showed through his day to day actions.

I am honored to know Charlie on a personal and professional level. Charlie's character has been unwavering through the 18 years I have known him. I look up to him as a brother in law, business man, and friend.

Thank you for taking the time to read my letter. My hope is to show you a small window into the type of person Charlie is, the impact he had on others and the genuine love we have for him.

Sincerely,
Evan Collin Christensen

Andrea and Jamie Gillespie
4502 Maple Ave,
Bethesda MD 20814
202-657-7451
TJGillespie3@gmail.com

December 24, 2025

The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida
RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

Your Honor, thank you for taking the time to read this letter in support of Charles Boyd. Charlie is without question an exceptional father, husband, son, brother, and friend. He consistently exemplifies kindness, loyalty, and integrity in every aspect of life, and those who know him best have come to rely on his steady character and unwavering support.

My name is Jamie Gillespie and I currently serve as the Executive Vice President for Fox Corporation in Washington, DC after previous roles in the United States Senate and at the National Association of Broadcasters. I have the distinct honor of knowing Charlie longer than anyone outside of his immediate family. In fact, our friendship began before we were ever born as our mothers, Cheryl and Marge, first met when they were expecting in a grocery store in Silver Spring, MD. From that moment on, our lives have been intertwined. Charlie has been more than a best friend- he's been my brother in every sense of the word. We have been classmates, teammates, and served in each other's weddings, and been the Godfather to each other's children. Through it all, I have never known Charlie to act without anything but compassion and integrity.

From as early as I can remember, Charlie has stood out for his leadership and empathy. While he faced early challenges, particularly with learning disabilities that made reading more difficult, he met them with the same perseverance and drive that now defines him as an adult. Instead of being discouraged, he developed a work ethic that inspired everyone around him. On the football field in high school, Charlie was the heart of our team. As our middle linebacker, the most physically and mentally demanding position on the defense, he acted as our coach on the field consistently lifting others up. Off the field, Charlie was the glue of our friend group, the one who brought us all together and made sure no one felt left out. He was also the convener, the gravitational force everyone wanted to be friends with. This inclusive spirit extended far beyond school and was felt throughout the community.

I have been lucky enough to see his role in life evolve into that of a devoted husband and father. His wife, Christi, and their two boys, Casey and Jack, are the center of his world, and he pours every ounce of himself into being there for them. My wife Andrea and I have spent countless hours with their family and we've watched firsthand the warm household they created. He's the dad either coaching the boys or cheering from the sidelines and the husband who always puts family first. Not to mention the friend who shows up when you need them the most. When I was diagnosed with cancer at the young age of 28, the first person to show up at my doorstep with food and a laugh when

I returned home from surgery was Charlie. His immediate support did not surprise me one bit.

Beyond his personal and professional life, Charlie has also given his time and creativity to community causes. He helped establish Happy Golf, a program dedicated to teaching children with Down Syndrome the fundamentals of the game of golf in an inclusive, supportive setting. Through this initiative, Charlie has provided children with a sense of confidence, new skills, and meaningful opportunities for social connection.
Charlie consistently strives to think beyond himself, finding innovative ways to uplift others and create opportunities for those who might otherwise be overlooked. His actions reflect genuine compassion, initiative, and a strong commitment to improving the lives of the people around him.

Over the many years I have known him- more than 44 in total- he has consistently demonstrated honesty, kindness, and a deep sense of responsibility toward others. I can say without hesitation that the conduct at issue in this case is a complete aberration from his true character. It is entirely out of character for Charlie to engage in any behavior that would reflect poorly on himself, his family, or his community. The person I have known for decades is thoughtful, reliable, and deeply considerate of others. This unfortunate incident simply does not align with the man I have come to know and respect throughout our lifelong friendship.

Thank you for your consideration,
Andrea and Jamie Gillespie

Megan C. Belford

2602 Spencer Rd.

Chevy Chase, MD 20815

clifford42@gmail.com

(202)361-1133

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida

**RE: United States of America v. Charles Boyd**
**CASE NO. 24-CR-20255-Dimitrouleas**

Dear Judge Dimitrouleas:

My name is Megan Belford, and I have known Charlie for more than 30 years. We first met on our swim team when we were very young, but we became close friends in high school, once we had the freedom to spend time together independently. Even then, Charlie stood out—he was sincere, funny, and magnetic, and he quickly became one of my closest friends.

Growing up, Charlie loved a good time, but more importantly, he was an exceptional friend. He was an excellent listener and cared deeply about the people in his life.  He has always oved having those he loved together. When his then-girlfriend, Christi, moved across the country to be with him, Charlie made it clear to his friends that she was his priority and that she deserved to be supported and protected. He was deeply loyal to his parents and idolized his older brother—sometimes to a fault—which spoke to his strong sense of family and devotion.

As we grew older, Charlie retained all of these qualities. I had the privilege of watching him become a devoted husband to Christi and a loving, engaged father to Casey and Jack. He also grew in his faith, becoming someone who studied the Word of God and made a sincere effort to live according to its teachings.

Charlie went on to start a business and invited me to assist with graphic design projects. He was genuinely excited about being in business with his brother and took pride in bringing others along with him rather than getting ahead alone.

When his nephew, Graham, was born with Down syndrome, it sparked a new sense of purpose in Charlie. He became passionate about supporting individuals with disabilities—those he often referred to as the "lucky few." He and his family put that passion into action through their involvement with Happy Golf. Most recently, I worked with Charlie to help establish a collaboration with 21 Pineapples, a company led by a young CEO with Down syndrome.

It is difficult to summarize a friendship that has spanned three decades or to choose a single story that fully captures who Charlie is. What I can say with certainty is that I have never once

witnessed Charlie act with malice or ill intent toward anyone. I sincerely hope that this truth is evident to the Court.

Sincerely,
Megan Belford

Jed Seifert
5908 Conway Rd.
Bethesda, MD 20817
jed@stakesmfg.com
(301) 908-4995
December 11, 2025

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

Re: United States of America v. Charles Boyd
    CASE NO. 24-CR-20255-Dimitrouleas
    Character Reference for Mr. Charlie Boyd

Your Honor:

My name is Jed Seifert, and I appreciate the opportunity to provide this character reference on behalf of my lifelong friend, Charlie Boyd. I have known Charlie since we were twelve years old, having met in middle school. Over the past several decades, he has remained one of my closest friends, and unquestionably one of the most loyal, responsible, and compassionate individuals in my life. Our relationship has spanned childhood, adolescence, and adulthood, and I have had the privilege of witnessing Charlie's character firsthand through every stage.

Professionally, I am the co-founder of Stakes Manufacturing, a leading U.S. print-on-demand apparel company employing 300 people in Eastlake, OH. Approximately ten percent of our full-time workforce identifies as having a developmental and intellectual disability. Our company has received national recognition as Employer of the Year from APSE for our inclusion initiatives, I have received national recognition as Humanitarian of the Year from ASI as well as many other individual and company awards. I personally serve on multiple boards and commissions focused on disability employment and advocacy as well as print industry associations. I am a public speaker, policy advocate, dedicated and supportive father of 3 children and brother (one son and brother with disabilities), and author of *INKclusivity*, a guide for expanding employment opportunities for individuals with disabilities. My personal and professional life has been dedicated to serving vulnerable populations and building inclusive workforces and communities. I provide this context not to elevate myself but to make clear that I do not lend my voice lightly. When I speak to someone's character, it is with a full understanding of responsibility, integrity, and the impact one person can have on others.

Charlie is, without exaggeration, everything one could hope for in a friend and a human being. He has supported me through some of the most challenging personal moments of my life, including difficult periods in my marriage. During times when I felt overwhelmed, Charlie provided steady, thoughtful, and compassionate guidance. His loyalty is unwavering, and he has always extended that same generosity to my family. He has been especially kind and supportive to my brother, who has a developmental disability, consistently treating him with dignity, patience, inclusion, and sincere friendship. Regularly attending his Special Olympic events to show support and cheer for him. That compassion reflects who Charlie is at his core.

Charlie embodies a broad set of positive qualities: warm heart, integrity, kindness, responsibility, loyalty, work ethic, and humility. He is a man who cares deeply about his family and community. He is a devoted father to two exceptional young gentlemen, a loyal husband, a committed brother, and a loving son who takes care of his aging and ill father. His dedication extends beyond his family and friends into the broader community. He founded a golf apparel brand, Happy Golf, through which he raises awareness and funds for children with Down Syndrome. Charlie founded the company inspired to support his nephew Graham with Down Syndrome and compelled to help the entire Down Syndrome community. He participates in community walks, events, and initiatives supporting those with developmental disabilities and their families.

His entrepreneurial journey is one I profoundly respect. Charlie built his business from the ground up through grit, determination, and relentless effort. Nothing was handed to him. As children, some people underestimated him because of his dyslexia, learning disabilities, and the fact that he was placed in slower academic tracks. Charlie proved every one of them wrong through discipline, self-belief, and a refusal to allow others' perceptions to define him. Today, he stands as one of the hardest working entrepreneurs I know, admired for what he has achieved and for how he has conducted himself along the way.

Based on my decades of experience knowing him, I can say without hesitation that the allegations before the Court are completely inconsistent with the person I know. Charlie is a man who would never knowingly cause harm to any human being or jeopardize the livelihood of his family, the stability of his business and his employees, or his own freedom. He is kind, loving, thoughtful, caring, and deeply committed to doing what is right. I respectfully ask the Court to consider the totality of Charlie's character, his contributions to others, and the profound impact he has had on his community, his family, his friends, and people like me who have trusted and leaned on him for decades.

I stand ready to support Charlie in any way the Court deems appropriate, and I am available for follow up should Your Honor wish to speak with me directly.

Thank you for your time and consideration.

Respectfully submitted,
Jed Seifert
Co-Founder, Stakes Manufacturing
(301) 908-4995
jed@stakesmfg.com

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida
Reference Case #: 24-CR-20255-Dimitrouleas

January 1, 2026

Dear Judge Dimitrouleas:

I am writing to you on behalf of Charles Boyd whom I have known for approximately 9 years. Our initial relationship was entirely business-related and eventually I also came to consider Charles (Charlie) as a friend. As brief background, I spent the bulk of my business career working in large public companies...culminating in my last corporate assignment as Chief Operating Officer of Wyndham Hotels and Resorts. As such, I have dealt with a wide variety of business situations and people. I believe that background has provided me with considerable experience in assessing people. Additionally, I imagine that I am in a somewhat unique situation as a letter-writer for Charlie, due to my role as a former investor/shareholder in SafeChain. As such, I certainly would have been in a more favorable financial position had the circumstances of this case not arisen. Therefore, one might assume that I would not be inclined to support Charlie, however nothing could be further from the truth. To the contrary, I do not hesitate to provide this letter of character reference.

In my experience, the circumstances of this case absolutely do not reflect what I know to be the character of Charlie Boyd. I certainly am not acquainted with all of the facts of the case, but I can tell you that in all of my dealings with Charlie, he never failed to act in the most honorable manner. I can recall several business situations where, although he could easily have done otherwise, he put the interests of others before his own, even when not doing so would have been entirely understandable. Although this may sound inconsistent with what you have witnessed throughout the presentation of his case, in my experience Charlie's decisions and actions are guided by a set of values that are based simply on right and wrong. In large part, those values are grounded in his strong religious faith...not one which he wears on his sleeve, but one which quietly guides him. He is among the most resilient and honorable people with whom I have done business.

I understand and respect the decision of the jury and Charlie's responsibility for his actions. Nevertheless, in my opinion, the events of the case perhaps reflect acts of inexperience and naivete rather than intentional commission. They are a complete aberration from previous behavior that I have witnessed from Charlie. I cannot reconcile the differences, but I encourage you to accept that at his core, Charlie is a very good person, father and citizen, and factor that into your sentencing decision.

Respectfully,

Anthony L. Berger
5 Makepeace Hill
Waccabuc, NY 10597

**Weisbrod
Matteis
& Copley**

Weisbrod Matteis & Copley PLLC
3000 K Street NW
Suite 275
Washington, DC 20007

202 499 7900

www.wmclaw.com

January 5, 2025

<u>BY E-MAIL</u>
The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

**RE:  United States of America v. Charles Boyd, CASE NO. 24-CR-20255-Dimitrouleas**

Dear Judge Dimitrouleas:

I am the Managing Partner of Weisbrod Matteis & Copley PLLC, a law firm in Washington, DC. I co-founded the firm in 2011, primarily to have the freedom to represent plaintiffs who stood on the right side of causes in which I believe, but who lacked the financial resources to pursue their complex claims. Many of my clients over the years have been whistleblowers in False Claims Act Cases, victims of large natural and manmade disasters, inventors whose businesses were stolen by large companies, and others who were bullied in various ways by opponents with greater resources.

My firm rarely represents defendants, but after meeting Charlie Boyd in 2022, I decided to make an exception to defend him, his brother Pat, and their company Safechain, in a civil case brought against them by Gilead Sciences, Inc., for alleged drug counterfeiting. I believed that Gilead was bullying the Boyds to cover up its own conduct in allowing tens of thousands of its HIV pill bottles to enter the black market through its free drug clinic program. I further believed that if Charlie did anything wrong, it was the result of his lack of sophistication in a very aggressive industry and his positive outlook on humanity that may have led him to trust people more than he should have. After working very closely with Charlie throughout the discovery process, we resolved the case in 2024.

I made the decision to represent Charlie in the civil case because after a very long initial interview, I believed that his personal story was compelling. He married his high school girlfriend, and together they raised two boys. He worked incredibly hard throughout his career, moving up from doing manual warehouse work to co-founding a successful pharmaceutical distribution company that employed dozens of people in one of the poorest counties in Maryland. Everything about his background confirmed my initial impression of Charlie as an honest, hard-working, and loyal person. In working very closely with Charlie over a 2-3 year period, he surpassed all of my expectations from that initial interview. He was completely open and honest with me in every respect. He was a very diligent and appreciative client, and it was a pleasure in every way to represent him. I frequently told my partners that I believe Charlie is one of the most honest and sincere people I have ever met.

I was frankly shocked when I learned that Charlie was convicted in this matter and I admittedly have had a hard time accepting the outcome. I cannot stop thinking about how difficult this will be for Charlie's wife and two teenage sons. I have great faith in the judicial system, so I have to believe that whatever conduct led to his conviction was an aberration in Charlie's behavior that never occurred in the past and will never occur again in

Weisbrod
Matteis
& Copley

Weisbrod Matteis & Copley PLLC
3000 K Street NW
Suite 275
Washington, DC 20007

202 499 7900

www.wmclaw.com

the future. I believe that Charlie will learn from this experience, and that going forward he will never do anything that will place him anywhere near the line of illegality or impropriety.

Sincerely,

August J. Matteis, Jr.
Weisbrod Matteis & Copley PLLC
(703) 973-2700

The Honorable William Dimitrouleas
United States District Court Judge
Fort Lauderdale, Florida

Case No. 24-CR-20255-Dimitrouleas

The Honorable William Dimitrouleas –

My name is Tracy Simmons Taylor, and I am writing to you in support of Charles Boyd. I was born and raised in Dorchester County Maryland, in which the company was located. The community is a close net community, and when someone like Charlie lends a helping hand everyone knows about it. Charlie was considered by me as my work son. Being older than Charlie and the longest tenured employee, he also considered me his work mom. During my work experience I have had opportunities to work for various employers, both full-time and part-time, and I must say the best work experience was the years I worked with Charlie at Safe Chain.

I have worked with Charlie for 12 of the 14 years Safe Chain was in business in Cambridge and was the longest tenure and oldest employee at the time of the closure of Safe Chain. Charlie's goal was to provide a great work environment for all those who worked for him and to make sure every employee felt like they were part of the work family. Charlie is a man that is all about family; whether it is his personal family or his work family. Charlie is the kind of family man that you knew his whole family and the values he believed in.

Charlie, for my 10th year anniversary at Safe Chain, paid off the remainder of my mortgage for my loyalty and the years of service I had to the company. Charlie also let me use the company van when my car broke down so I had transportation. Charlie's Christian faith was shared in my ways to those who worked for Safe Chain, and Charlie was a strong community leader. Christmas time was especially important to Charlie, especially with the significance of the meaning of Christmas, but also with the opportunity to share with those less fortunate. Charlie made sure Christmas parties and bonuses were given to all employees even in those years during lean times for the company. Halloween parties were a big hit with the employees as people were able to show a side others would not have been able to see if not for these gatherings.

Some of Charlie's most notable contributions to the community were his love for the children at Christmas time when he led our team to collect toys and items for children who were less fortunate. He sent care packages to the troops that could not be home for Christmas. Growing vegetables on the plant grounds in planter boxes to give to the Food Bank was a way to show dedication for fresh vegetables to be shared by the community. When the Hurricane hit North Carolina, Charlie gave items such as medical supplies, toiletries, and food to help ease the suffering from those devastated by the hurricane. Once an employee suffered as their house caught fire, and Charlie was there

with assistance so the employee and their family could have basic provisions to help them through the difficult time.

Charlie recognized the importance of the nurses in the community by hosting a Nursing recognition day. An ice cream truck was made available for the nurses and ice cream and Italian ice were handed out all day to say thank you for all they did. Charlie also had recognition day for law enforcement officers providing donuts, coffee and water to the officers and dog biscuits to the K9 dogs as a thank you for all they did within the community. Summer time was a time for gatherings where the employees had days of fellowship enjoying cookouts, playing games and just relaxing. These days were days the employees enjoyed and we used them for team building exercises. The time spent together was not only a way to bring the team together but a time allowing the employees to share the comradery that Charlie instilled in Safe Chain. Charlie and the team were always ready to lend a hand to assist those in the community anytime the need arose. These are just a few of the many good deeds Charlie performed within the community.

As with the character portrayed in the paragraph above, any short falls leading to the closure of Safe Chain is nowhere near the true character of Charlie. Charlie is a man that is loved by his employees and has been greatly missed since he was not able to have contact with anyone associated at Safe Chain during this time. Anyone who knows Charlie knows that deep down, his heart is always true. His employees and the community were his focus and concern. Charlie's concern went farther than that, as his concern for the employees left at the warehouse and their well-being was always a priority. Simply put, Charlie has always put others before himself.

Thank you,

Tracy Simmons Taylor

Dakota Flowers
1228 Lodge Hall Road
Fishing Creek, Maryland 21634
443-521-9594
dakotaflowers3891@gmail.com

January 16, 2026

The Honorable William Dimitrouleas
United States District Court Judge
 Ft. Lauderdale, Florida

Dear Honorable William Dimitrouleas,

I am writing this letter on behalf of Mr. Charles Boyd, whom I have known since 2020, when I was hired to work for his company, Safe Chain Solutions, LLC. During my time as his employee, I had the opportunity to closely observe his character, leadership, and the genuine care he shows toward others.

Charles gave me an opportunity when he hired me, seeing potential and growth in me that I had not yet fully recognized in myself. From the very beginning, he placed trust in me and encouraged my professional and personal development. What stood out most was his unwavering support of my individual goals—even when pursuing them meant stepping away from his company.

At one point, I was offered the opportunity to run a local restaurant near my home, something deeply meaningful to me. Charles respected my decision completely and continued to check in on me during my time away, offering encouragement without pressure. Later, when I returned to Safe Chain Solutions, he offered me the opportunity to oversee the Compliance department. There were no grand promises or incentives— just honesty, respect, and a shared desire to grow. He believed we could benefit each other: I wanted to continue developing professionally, and he wanted to make positive changes within his company and the industry as a whole.

Charles's commitment to the growth and well-being of others extends far beyond my own experience. He consistently demonstrated genuine care for his employees, treating each of us like family. Whether it was helping an employee pay off a mortgage, celebrating birthdays and personal milestones, or offering steady encouragement during difficult times, Charles showed an overwhelming sense of responsibility and compassion toward his team.

Beyond his workplace, Charles has always been deeply involved in supporting the community. He regularly donated his time, money, and materials to local nonprofit

organizations throughout our counties, never seeking recognition, but simply wanting to help.

Based on my years of knowing Charles, I can say with sincerity that the conduct involved in this matter is not representative of his true character. In my experience, this situation stands in contrast to the values, integrity, and consideration for others that he has consistently demonstrated throughout his personal and professional life. From what I have personally observed over the years, this matter appears to be an isolated departure from the person I have known him to be.

I understand and respect the seriousness of the matter before the Court. From my experience, however, I can say with sincerity that Charles Boyd is a man of integrity, generosity, and strong moral character. He has consistently demonstrated kindness, accountability, and a genuine desire to uplift others, and I believe these qualities reflect who he truly is as a person.

Thank you for taking the time to consider my perspective. I respectfully ask that this letter be taken into consideration as you evaluate Mr. Boyd's character.

Respectfully,

Dakota Flowers

Holly Dodson
28745 Sanderstown Rd
Trappe, MD 21673
c. 443-480-2760
hollydodson51207@gmail.com

December 16, 2025

The Honorable William Dimitrouleas
United States District Judge
Ft. Lauderdale, Florida

**Re:** *United States of America v. Charles Boyd*
    *CASE NO. 24-CR-20255-Dimitrouleas*

Dear Judge Dimitrouleas,

I am writing this letter on behalf of Charles Boyd, whom I have known since May of 2019, when I started working as a sales representative at Safe Chain Solution. During the six and a half years I worked at Safe Chain Solution, I transitioned through multiple departments taking on several different positions. The last 4 years were spent as Operations/Order Analyst as well as Compliance Assistant.

During this time, I have come to know Charlie as a conscientious and compassionate person. In the workplace, he is reliable and takes his responsibilities seriously. On a personal level, Charlie has shown genuine concern for the well-being of others and a willingness to step forward when help is needed. Specifically, while I was moving into after my divorce. When I asked to borrow the company van to move a few larger items. He not only said yes, but he also got up from his desk and followed me to my new house to help. Before he left, he told me not to stress about balancing my work and personal lives. To focus on my mental and physical well-being. He reassured me that my job was safe and that if I needed anything he would help anyway he could.

I am aware that Charlie has been convicted of a serious offense, and I do not seek to minimize the seriousness of the matter before the Court. However, based on my personal experience, I firmly believe that this conduct is not representative of who he is as a person.

Charlie has also demonstrated a strong commitment to family and community service. On many instances organizing activities that encourage volunteering to local communities, donating medical supplies to disaster relief charities and filling Trick or Treat bags and Christmas stocking for the Troops overseas. I believe he has the capacity to learn from this experience and to continue contributing positively to his family and community.

I respectfully ask the Court to consider this letter as one perspective on Charlie's character when determining an appropriate sentence. Thank you for your time and consideration.

Respectfully submitted,

Holly Dodson

**Blair Rosiello**
6740 FOwling Creek Dr
Preston, MD 21655


January 5th, 2025

**The Honorable William Dimitrouleas**
United States District Court Judge
Ft. Lauderdale, Florida

**RE: United States of America v. Charles Boyd CASE NO. 24-CR-20255-Dimitrouleas**


Dear Judge Dimitrouleas,

During the course of the last 7+ years of working with Charlie, I can honestly say he is one of the most positive people I have ever worked with. He builds confidence in everyone around him and believes in his team. I've witnessed Charlie's ability to see the good in people and he was always happy to make changes in order to make people more interested in the work around them.

Charlie always liked using quotes and I couldn't pick a better one than  "A good leader inspires people to have confidence in the leader, a great leader inspires people to have confidence in themselves." — Eleanor Roosevelt

During the seven years I worked with Charlie life happened, family happened, and things that needed immediate actions in my personal life. His response anytime I needed to take care of my own was, " take care of your family first, we will figure it out". One of the most life altering days I was at work and found out a fire had started within my home. In utter shock, I had called Charlie from downstairs in the building explaining I didn't know what was going on and rambling on and on. His immediate response was "go! Take care of your family!" Unfortunately, a few hours later, I called Charlie to tell him we lost our home and most of our material possessions that day. His immediate response was "Let us know whatever you need or what we can do, take all the time you need to figure it out" he kept me focusing on the one positive aspect, which was that no one was hurt.

During the course of the next few years, we rebuilt our home with my husband and I doing the majority of the labor. Needless to say, there were a few times where we needed to complete certain tasks and I needed to call out of work for them, sometimes the morning of. Charlie would never hesitate a moment to let us complete what we needed to. He would continuously check in and leave me with a positive outlook.

This was also true of our work environment, where he would be a positive sounding board for our entire team. His focus was always on how to allow the team to become better and future goals. Charlie was an excellent boss and I miss the work environment he created.

"To add value to others, one must first value others." – John Maxwell

Sincerely,

Blair Rosiello

The Honorable William Dimitrouleas
United States District Court Judge, Fort Lauderdale, Florida
United States of America v. Charles Boyd
Case No: 24-CR-20255-Dimitrouleas

Today, I wanted to share a few things about Charles Boyd and my experience working for his company and getting to know him as a boss and as a person. I started working later in life after staying home with my kids for years. I was thrust into outside-of-the-home work when my husband developed health issues and had to retire. I really didn't have much experience in anything and lacked the confidence to be anything exceptional in the working world. I was a temp for a few weeks at a large warehouse to gain work experience, and I started sending resumes to other warehouses, praying I could learn enough to keep a job and support my family.

I had the best coworkers in the world at SC. I learned the job easily as the atmosphere was so positive. Everyone encouraged and celebrated each other. There was patience and always a constructive way when there was a mistake. I now know that this is because Charles demonstrated these qualities and made sure we all did too!
The first interaction that I had with Charlie was during a company meeting. We were on video when this stocky, muscle-bound man who looked like he owned the room walked in. I knew right away that this was the "big boss."  I was nervous because I was working for his company, learning as I went, and lacking confidence. This man at the head of the table started to speak. He had authority, he knew what he was doing, I admired his confidence and knowledge, but he talked to every single one of us from the top all the way to the bottom (me) like we were his equals. He never doubted that we were capable of anything, and it's because of this that I gained the experience I needed to survive the working world.  I never had a day when I dreaded going to work.

 Every time I had one of these meetings with him, he truly was so encouraging. He always tried to make sure we were doing things by the book and keeping things the way they needed to run. He was all business about the business, but he also valued our input... It might sound cliché, but he made everyone feel equally important.

The first time I met Charlie in person, he was vacationing with his family, heading to Utah. As this man was trying to take a vacation with his, things at the Utah warehouse got a bit chaotic when lawyers showed up, something to do with a lawsuit. He needed to come in and speak to people about important matters. I waited for his arrival surrounded by lawyers and chaos. Anyone else would walk into that scenario and freak out. Typically, one would walk in and immediately address the issues or try to defend oneself. Or at least be nervous.

When Charlie showed up,  he pulled straight into town and came to the warehouse. He walked through the doors with the calmest, kindest demeanor. He projects kindness. He walked past everyone "important" who were very clearly waiting to speak to him (lawyers), walked up to me and the one other employee, and with sincere concern for us, made sure that we were ok and apologized to us for the situation. He always put

everyone else first. He trusted people and supported all of us. He was positive, encouraging, and always honest. His drive as a business owner is something I will always admire, and his intellect is something this world needs.

I can never express enough gratitude for what I learned from him. He gave me a chance. Because of him, I can confidently move on and use what he gave me to support my family. No employment after will ever compare. I learned not only business but also values because of his example.

I won't speak to the verdict, but in my experience, Charles valued honesty, respect, and integrity. He loves his family so much and positively touches so many lives. He has a lot to offer in this world.

Most sincerely,

Sarah Tichinel

December 27, 2025

Mr. and Mrs. John Boyd
7700 Easton Club Drive
Easton, MD 21601

The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida
United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Your Honor,

My name is John Boyd, and I am the proud father of Charles Boyd. I am a veteran of the United States Coast Guard, and had a career as a camera man for NBC for 30 years. I traveled on Airforce One on multiple occasions to cover various presidents all over the world. My wife, Cheryl, was a stay-at-home mom for the majority of Charlie's childhood ensuring she could provide our children with consistent care, emotional stability, and daily guidance during their most formative years. I retired from NBC 20 years ago, and we currently live about a mile from Charlie and his family.

Charlie is an incredibly devoted family man who has consistently demonstrated responsibility, compassion, and selflessness. He has been married to his wife, Christi, for almost 20 years. He is the proud father to two teenage sons, Casey (age 16) and Jack (age 14). Charlie is a devoted and loving father who consistently places the needs of his boys above his own. He has always been actively involved in their daily lives and consistently models responsibility, patience, and respect. He and his sons have a strong relationship, and he and Christi have helped them grow into confident, respectful young men who feel supported, valued, and secure.

Cheryl and I have had some significant health struggles over the past decade. Cheryl's mobility became limited after back surgery 10 years ago. She relies on a walker to get around, and is no longer able to drive. After suffering a heart attack two years ago, Charlie was instrumental in helping Cheryl while I was recovering. I was away from home for over two months, and Charlie and Christi went over daily to make sure Cheryl had everything she needed. They provided her with dinners, took out the trash, checked the mail, went grocery shopping, and did the laundry, all while working and raising a family of their own. This support allowed Cheryl to safely stay in our home during a very emotional time. Currently, I have kidney disease and need dialysis three times a week to stay healthy. Because of that, I rely on my family a lot for transportation, care, and support.

Charlie is also a loving uncle to three nephews and two nieces. He shows involvement in their lives by supporting what interests them. He attends plays at the local theater, takes them golfing and fishing, and he also started a golf company to honor his nephew Graham, who was born with Down syndrome. Through his kindness, reliability, and strong family values, he has built meaningful relationships with each of them and plays an important role in their growth and well-being.

We raised Charlie to honor his country and work hard. He has grown into a loving, good man who lives a life of Christian faith and integrity. While we fully acknowledge and respect the seriousness of his conviction, we hope this letter provides insight into his character, values, and the essential role he fulfills within our family. I submit this letter with humility and respect for the Court, hoping that my son's devotion to his family and the critical caregiving role he plays in our lives will be considered during your deliberations. Thank you for your time, consideration, and service.

Respectfully,

John and Cheryl Boyd

Robert and Debbie Scott
4763 S. Medallion Drive
St. George, UT 84790
debbie22scott@gmail.com
(435)632-9332


December 14,2025

RE:  United States of America vs. Charles Boyd
Case number 24-CR-20255-Dimitrouleas

TO: The Honorable Judge William Dimitrouleas
United States Court Judge, Ft. Lauderdale, Florida

We are writing this letter on behalf of Charles Boyd, our son-in-law, whom we have known for 26 years. We met Charlie when he was 18 years old and began dating our daughter, Christi. Right away we could tell Charlie was a young man with strong character qualities. He married our daughter in 2006 and for nearly 2 decades we have witnessed his continued commitment not only to his family, but to his community, and his faith.

Charlie is a devoted husband to Christi and an exceptional father to their two sons, Casey and Jack. He has been actively involved in their childhood-coaching their football and basketball teams, encouraging their academics, and celebrating their achievements both at school and sports.

As an employer, Charlie is known for his leadership, fairness, and genuine care for those who have worked with him and for him. He encourages his employees, believes in their potential, and treats those around him with respect.  Anyone who meets Charlie quickly realizes they have found a true friend. Many of his closest friendships began as far back as elementary school. This is a true indication of his loyalty and character.

Charlie's faith has always been a big part of his life. He is truly a source of strength and inspiration within our family. When our grandson, Graham was born with Down syndrome, Charlie was a supporter and advocate for his nephew. He has sponsored our local Down syndrome walk and has encouraged his sons to begin a small business that supports a national foundation promoting golf instruction for individuals with disabilities.

Over the years we have also seen Charlie's deep love and devotion to his parents. As they have grown older, Charlie and Christi have stepped in to assist them and ensure they are cared for.

These commitments reflect the kind of son, husband, father, friend, and man he is-dependable, loving, and compassionate.

Thank you for taking the time to read our letter. We hope it gives a small look into the man we know, we love, and are proud to have in our family.

Sincerely,

Robert and Debbie Scott

**From:** Claudine Boyd <claudine24@gmail.com>
**Sent:** Sunday, February 15, 2026 9:15 PM
**To:** Jessica@jclsi.com; BAZ@bruceazimetlaw.com
**Subject:** Charles Boyd

CASE NO. 24-CR-20255-Dimitrouleas

The Honorable William Dimitrouleas,

United States District Court Judge, Ft. Lauderdale, Florida

I am writing this letter on behalf of Charles Boyd. Charlie is my brother-in-law and I've known him for over 20 years.

I met him when my now ex-husband Patrick and I first started dating, and he will always be my family. I'm extremely close with his wife Christi and his boys and my children are not only cousins but best friends.  Christi and I raised our sons together when we all lived in Kensington and of course, when we moved to Easton.

Charlie was the first one to move to Easton with his family. He started Safechain from the ground up. He put his heart and soul into every aspect of that company. He poured in a lot of hours and time away from the things he treasured the most, his family.

Charlie is dedicated and hard-working. He is fair and he is just. He is a Christian man and extremely active in his church community. Charlie is a man of honor and truth. When he sees something wrong, he calls it out. He is not a man that is swayed by temptation. He has a strong core of ethics.

Charlie is also very much a family man.  I've seen numerous examples of that with my children, his children and especially his wife. He holds his family to a very high regard and they are the most important people in his life, including his parents. He is the first person to show up when his parents need help. The numerous amounts his father has been in the hospital these past few years Charlie has been there every single time. Charlie and his wife Christi are the primary care takers of his parents. Charlie never misses a beat or a Friday night with them. He shows up to fix things, take down Christmas trees and run any errands that are needed. His parents miss him madly. Charlie Boyd is a good soul. He's a good man, an excellent son, one of the best fathers and husband I have ever known. His wife and his sons are struggling so much and miss him terribly.

I hope this letter sheds some light on who Charlie is as a person.  He does so much good for so many people and I hope you take that into consideration when you are considering sentencing.

Thank you so much for taking the time to read this letter

Sincerely,
Claudine Boyd
6372 country club drive Easton Md 21601
Claudine24@gmail.com

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida


RE:  CASE NO. 24-CR-20255-Dimitrouleas


My name is Martha Rice, and I am the aunt of Charles Boyd, known to our family as Charlie. I write with great respect for the Court and with full awareness of the seriousness of the matters before you. I do not seek to minimize the gravity of these proceedings, nor do I challenge the Court's authority or findings. Rather, I respectfully ask the Court to consider Charlie's character, history, and capacity for meaningful contribution as you determine an appropriate sentence.

I have known Charlie since the day he was born. He is one of my brother's two sons, and our family has been close throughout his entire life. We have shared every major holiday and milestone together, and I have had the privilege of watching him grow from a child into a devoted husband and an adult member of his community.

Throughout his life, Charlie has consistently demonstrated kindness, responsibility, and deep devotion to family. He is committed to his wife, a teacher, and together they have lived lives centered on faith, hard work, and service to others. He has always taken his responsibilities seriously and has been actively engaged in work, in helping others, and in his spiritual life. These qualities have been evident for as long as I have known him.

Charlie understands that actions have consequences, and he accepts that he must be held accountable. At the same time, I believe that accountability and the opportunity for restoration are not mutually exclusive. I have seen his capacity for reflection, humility, and growth, and I believe he is capable of learning from this painful chapter and moving forward with integrity and purpose.

Charlie's absence has been profoundly felt by our family. He is deeply missed—not only for the role he plays in our lives, but for the positive presence he brings through his compassion, steadiness, and willingness to serve others. I truly believe that his character is strong and that his heart is fundamentally good.

I respectfully ask the Court to consider whether a sentence that allows Charlie the opportunity to contribute positively to society outside of prison—through structured service, rehabilitation, faith-based work, or community involvement—might serve both justice and the broader good. He is at an age where he still has much to offer, and I believe he can use this experience as a turning point toward responsible and meaningful service to others.

Thank you, Your Honor, for taking the time to consider the perspective of a family member who loves him deeply. I am grateful for the care and seriousness with which the Court approaches these difficult decisions.

With sincere respect,

Martha Rice
Aunt of Charles Boyd

9441 Napoli Lane

Naples FL 34113

239-234-6599

**Jessica Cadwell**

| | |
|---|---|
| **From:** | sam warnick <sam.m.warnick@gmail.com> |
| **Sent:** | Wednesday, January 14, 2026 8:00 AM |
| **To:** | baz@bruceazimetlaw.com; Jessica@jclsi.com |
| **Subject:** | Charlie Boyd - Character Letter |

Sam Warnick
Naples, FL, 34105
sam.m.warnick@gmail.com
(203) 913-9167
Case No. 24-CR-20255-Dimitrouleas

The Honorable William Dimitrouleas, United States District Court Judge, Ft, Lauderdale, Florida

I am writing this letter as a character reference for my cousin, Charlie Boyd, with whom I have shared a close and meaningful relationship throughout my entire life.

From the time I was a young man, Charlie has been one of the most influential figures in my life—a person I have consistently looked up to and admired. He always made time for my brother and I, patiently teaching us essential life lessons about the importance of family, physical fitness, honesty, integrity, and the value of hard work. These were values he lived out every day and instilled in us through his actions.

Over the decades, Charlie has remained one of the few constants in my life—consistently reaching out, checking in, and genuinely caring about how I was doing, no matter how busy or challenging his own circumstances might have been. He has always answered the phone, responded promptly, and made time for me when I needed him most.

I have personally experienced Charlie's extraordinary compassion during some of the most difficult periods of my life, particularly when I have struggled with severe anxiety. He has been an unwavering source of support—a patient listener, a source of wise counsel, and a steady, positive presence who helped me navigate through difficult times. His natural optimism, combined with a deeply caring and loving heart, has made him not only a beloved cousin but a true friend and mentor.

Charlie is an exemplary family man. He is a devoted and incredible father to his two wonderful sons and a loving, respectful husband to his wife, Christi. I had the privilege of witnessing their relationship from the very beginning—Christi served as our family's nanny when my siblings and I (triplets) were growing up—and I watched them meet, fall in love, and build a beautiful life together. Even as a young boy, I was struck by the profound respect, kindness, and love Charlie consistently showed toward Christi and everyone around him. Their partnership has always been a model of what a strong, healthy marriage and family should look like, and it is one I have aspired to emulate.

In every respect, Charlie embodies the qualities of an outstanding person: integrity, loyalty, generosity, and an unshakable devotion to family. He is honest, dependable, and kind—one of the very best people I have ever known. Some of my most cherished childhood memories are of family reunions and Thanksgivings spent in his company, times filled with warmth, laughter, and the quiet strength of someone who truly values the people around him.

1

Charlie's actions in this matter are not consistent with the person I know. This conduct is extremely out of character for him. Charlie is a man of exceptional character and has always carried himself with class, humility and integrity.

Sincerely,

Sam Warnick
Relationship to Charlie: Cousin
About Me: 31 Years Old. From Fairfield, CT. Triplet.

CASE NO. 24-CR-20255-Dimitrouleas

To The Honorable William Dimitrouleas, United States District Court Judge, Ft. Lauderdale, Florida,

My name is Angela Mirra, and I am a mother of two teenagers, a wife, and a small-business owner. I am writing to offer a character reference for my cousin, Charlie Boyd, whom I have known for his entire life.

Our mothers are sisters, and Charlie and I have grown up sharing countless family gatherings—reunions, holidays, and vacations.Throughout all these years, I have known Charlie to be kind, encouraging, genuinely thoughtful, and deeply committed to his family. He consistently shows care for others and demonstrates integrity in his interactions with family members, older relatives, young people, and his community.

Since childhood and throughout adulthood, Charlie has shown an unwavering commitment to creating a loving, secure, and healthy environment for his family and his two children. He has consistently been someone who inspires others through his optimism, his strong faith, and his genuine desire to keep learning, growing, and doing what is right. He supports the people in his life with love, loyalty, and a willingness to show up whenever someone needs help. These moments stand out to me because they reflect who Charlie is in everyday life: someone who steps in with sincerity, steadiness, and compassion.

I have also had the privilege of knowing Charlie and his wife, Christi throughout their entire relationship. They met as teenagers, and from the very beginning, they have shown a remarkable level of commitment, integrity, and mutual support. Over the years, I have watched them build a strong, faithful partnership grounded in love, responsibility, and devotion to their family. Their relationship has always reflected the values Charlie brings to every part of his life— devotion, unwavering loyalty, and a deep sense of responsibility.

Having known Charlie since the day he was born, I can say that the conduct in this case is not representative of the character he has shown over the years. The Charlie I know is someone who acts with sincerity, integrity, and a deep sense of responsibility to his family and community. My experience of him has always been one of consistency, kindness, and positive influence.

Charlie has also made a meaningful difference in the lives of those around him. He has been a positive presence for my own children—encouraging them in their sports endeavors, academic pursuits and checking in when anyone in the family is going through a difficult time. His actions are thoughtful and rooted in a sincere sense of responsibility and care for others.

My intention in writing this letter is simply to share my personal experience of Charlie's character as I have known it from the day he was born. He is someone who values his relationships deeply, contributes positively to his community, and genuinely loves and lifts up the people in his life.

Thank you for taking the time to read my letter.

Sincerely,

Angela Mirra

December 28, 2025


The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida


RE:
United States of America v. Charles Boyd
Case No. 24-CR-20255-Dimitrouleas


Judge Dimitrouleas,

Please accept this character letter on behalf of my cousin, Charles Boyd.  Charlie and I are just a few weeks apart in age and have known each other since we were babies; nearly 44 years.

Charlie has always valued relationships with his family and friends above all else in life. He is fiercely loyal and protective of those in his inner circle. A devoted husband, he has rarely been without his wife, Christi, by his side since the moment they met at age 17. He's a proud father to sons Casey and Jack, who are his entire world. Charlie is a devoted son to his aging parents and has shared Sunday night dinners with them every week for as long as I can remember.

I appreciate your consideration of this letter.

Most Sincerely,


Meredith Stencil Carr

| | |
|---|---|
| **From:** | Carl Grimm <carlhgrimm@gmail.com> |
| **Sent:** | Monday, January 5, 2026 5:57 AM |
| **To:** | BAZ@BruceAZimeLaw.com; Jessica@JCLSI.com |
| **Subject:** | United States of America v. Charles Boyd CASE NO. 24-CR-20255-Dimitrouleas |

To: The Honorable William Dimitrouleas,
     United States District Court Judge, Ft. Lauderdale, Florida

Re: United States of America v. Charles Boyd
      CASE NO. 24-CR-20255-Dimitrouleas

My name is Carl Grimm. Charlie's mother Cheryl is my first cousin. His grandmother and my mother were sisters.  I have known Charlie for 44 years since his birth, and have had a relationship with him since then.

He is a generous and thoughtful son, grandson, brother, husband, and father. His commitment for his aging parent's well-being is foremost in his heart.  He and his cousins showed deep compassion for me and my family upon the sudden death of my spouse in 2014.

He is a man of deep faith, loyalty and humility. I do not believe his conduct in this case is the only representation of his values and character.

Respectively,
Carl H Grimm

1

Raymond R. Staats

28088 Almshouse Rd.

Oxford, MD 21654

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, FL 33301

Re: United States of America v. Charles Boyd

CASE NO. 24-CR-20255-Dimitrouleas

Your Honor,

I've been in the real estate business for over twenty-five years. Prior to that I operated a boatyard/sailboat business with partners all of which are relatives of Charlie. I'm Charlie's brother, Patrick Boyd's godfather. I've known them since they were born and we have always been a very close family. My mother and Charlie's grandmother were sisters.

Charlie and his wife Christi have raised two boys, Casey and Jack, giving them a very strong foundation of moral stability which is easily seen in their behavior socially and as a family. Charlie has always availed every opportunity to help others, to contribute to the community, the general welfare of his family and business associates. Charlie relied on if an error was discovered his direction to associates to correct it would be followed. Any fraudulent conduct is completely against his character growing up or in business.

Charlie's influence on his family, friends, and going the extra mile to ensure the best outcomes would culminate from his willingness to step up and help. Whether it was

making sure his sons had all the opportunities in sports, school, and life or the dedication and support he has given his wife, Christi, since they met when both were seventeen.

As I'm sure you understand an event like this is extremely difficult for a family to move through.  Our family strongly supports Charlie and Patrick as they have supported us through the years always offering to host a family picnic, Thanksgiving or Christmas dinner.

Thank you for your attention to my letter.


Sincerely,



Raymond R. Staats

CASE NO. 24-CR-20255-Dimitrouleas

To The Honorable William Dimitrouleas, United States District Court Judge, Ft. Lauderdale, Florida,

My name is John Allpress, and I am a retired father of two daughters living in Newport, RI. I am writing to offer a character reference for my nephew and Godson, Charlie Boyd, whom I have known for his entire life.

My wife, Judith is Charlie's aunt. Charlie's parents, John and Cheryl Boyd have been close friends of ours for over 50 years. My wife and I were instrumental in introducing Charlie's parents and we have shared many family gatherings for births, deaths, reunions and vacations. Through all these years, I have known Charlie to be kind, encouraging, genuinely thoughtful, and deeply committed to his family. He consistently shows care for others and demonstrates integrity in his interactions with family members, older relatives, young people, and his community.

In the early years, Judith and I were living in Annapolis and were able to share and watch Charlie grow into a young man living in Chevy Chase, MD and being a healthy fun-loving school kid. Charlie was an average student that loved sports and being outdoors. After leaving school he committed himself to finding employment that would provide him with a means to support a family.

Judy and I have enjoyed watching and sharing with Christi and Charlie as they grew with their family. Charlie has always shown strong support for both his wife and family, his brother's family and his parents. He and Christi with Casey and Jack share Friday evenings with his parents. His relationship and friendship with his family and friends have been something his parents and we have been very proud of.

Charlie's character and integrity have been evident for years and I find it difficult to comprehend his conduct, as evidenced in this case. He has always shown responsibility and respect for others.

My purpose in writing this letter is to share my opinion of someone that values his integrity, his love for his family and fully supports the people around him in thought word and deed.

Thank you for taking the time to read my letter.

Sincerely,

John "Jocko" Allpress

**December 23, 2025**

**The Honorable William Dimitrouleas**
**United States District Court Judge**
**Fort Lauderdale, FL**
**CASE NO. 24-CR-20255-Dimitrouleas**

Re: **Character Letter for Mr. Charles Boyd**

Dear Honorable Dimitrouleas,

My name is Jesse Hammett, and I am writing regarding Mr. Charles Boyd, whom I worked for over the course of ten years. I understand the seriousness of the matter before the Court. My goal is simply to share the positive influence Mr. Boyd had on my life and on the lives of many others during the decade I worked for him.

Mr. Boyd is the most positive person I have ever met. He consistently approached challenges with optimism and set an example through his work ethic—typically the first person in the office and the last to leave. What stood out most was how deeply he cared about the personal and professional growth of his employees. He frequently spoke with pride about employees starting families, buying homes, or pursuing new opportunities.

His investment in development was exceptional. When I first joined Safe Chain, he encouraged me to attend his training sessions at the gym to encourage me to become a regular gym attendee. He invited me to leadership conferences and Vistage talks, and organized a monthly book club open to all employees which focused on personal and professional growth. These experiences shaped my mindset and helped me grow far beyond my job responsibilities.  In fact they helped encourage me to start my own agricultural drone business.

One of the most impactful examples of his interest in his employees' growth came when I expressed interest in starting a business in agricultural drones. Instead of discouraging me—despite knowing it might eventually take me away from his company—he supported me completely. He introduced me to my first major farming customer and gave me the flexibility and time I needed to get the business off the ground. His support played a direct role in my success and changed the trajectory of my life.

Throughout my ten years with him, Mr. Boyd treated me with kindness, fairness, and genuine care for my wellbeing and future. I know many others who would say the same. I hope my experience helps provide a fuller picture of Mr. Boyd's character and the positive impact he has had on those around him.

Thank you for your time and consideration.

Respectfully,

**Jesse Hammett**

Usman Jan
220 Lomond Court
Saint Augustine, FL 32095
usmanjan33@gmail.com
December 5, 2025


The Honorable William Dimitroules
United States District Court Judge
Southern District of Florida
Ft. Lauderdale, Florida


RE:  *United States of America v. Charles Boyd*
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

My name is Usman Jan.  I am a God-Fearing man, husband, and father of two boys- ages nine and twelve.  I have been a business owner for the last 15 years in the real estate sector and currently reside in NE Florida where most of my time is spent in and around the baseball field watching my sons play the game they love.  Sundays are typically reserved for us to serve at our local church- Good News Church (World Golf Village Campus) where we are proud and enthusiastic members.

I have known Charlie for about 15 years as we met and worked at the same office in Bethesda, Maryland around 2010.  I worked on the sales side of a company, while Charlie on the shipping side of that same establishment.  I was a new hire and Charlie had been there for some time. He was always so eager to make me feel comfortable and welcomed me with a warm heart.  My time with the company did not last long, only about a year, but my friendship with Charlie did.  It was the highlight of my short tenure there.

Over the years, Charlie and I didn't speak everyday or even weekly.  There would be times that we may only have crossed paths a couple of times per year and conversed about once or twice every month, but all our interactions have always been deeply meaningful, insightful, and profoundly positive.  Our conversations have always centered around family and evolved over the years to include our common faith.  We often tell each other stories of our children playing sports and sharing their successes.  Charlie lives for his beautiful wife and wonderful sons, Casey and Jack who both love and adore him.  His children look at Charlie as their hero and his wonderful wife, Christi, often refers to him as her "best friend and love of my life."   Although we didn't speak frequently, I always knew that Charlie was one of the few people that I could always count on, whether it be for advice, inspiration or to lend me a hand.

My last few conversations with Charlie will forever have a lasting effect on my life.  During a time of tribulation in his life, he has shown so much strength, courage, positivity, inspiration, faith and love.  I hold Charlie Boyd in the highest regards.  I know him to be a top-notch husband, father and individual- a man of high ethical and moral standards and integrity.  I don't know and cannot comment on the facts of this case, but I do know that where Charlie finds himself today do not match the man and person that

I've known for the last 15 years.  I can't make sense of it.  It doesn't add up to the man I know.  It's one of those things in life that can only be described as an outlier.

Honorable Judge Dimitrouleas, I pray that you can show Charlie clemency  and leniency in this matter.  I know in the deepest part of my heart and soul that when he is released that he will have a profound impact on people's lives around him as he has on mine.  I pray for Charlie, his wife Christi and his two sons Casey and Jack every day that they may soon be together again.  Thank you for your kind consideration and God Speed.


Respectfully,

Usman Jan

To The Honorable William Dimitrouleas

United States District Court Judge, FT. Lauderdale, Florida.


**Reference:**    **United States of America v. Charles Boyd**

    **CASE NO. 24-CR-20255-Dimitrouleas**


My name is Miloud Saidi. I'm writing to share what I know about Charles Boyd from the time we worked together at Global Pharmaceutical Sourcing from 2006 to 2009. Charles was my manager in the warehouse, where we handled logistics and made sure orders were filled accurately and on time.

From day one, I was really impressed by his work ethic, professionalism, and leadership. Coming from France, I had an idea of the strong work culture in the U.S., and Charles perfectly fit that image — someone who shows up, works hard, and lifts others up.

He didn't just manage from a distance. If the warehouse needed to be cleaned at the end of the day, Charles was the first one to pick up a broom. He believed in leading by example, not just directing others.

I got to know Charles well during that time — first as my manager, then as a friend. Under his leadership, I was promoted to Logistics Manager, and in 2007 I received the Distinguished Performance Award. I always knew Charles was genuinely rooting for me and supporting my success.

I also remember when Charles was about to become a father. He was so excited and proud — he talked about it with such joy and warmth. It was clear how much his family meant to him, and how deeply he cared about being a good dad.


Sincerely,

**Miloud Saidi**

**The Honorable William Dimitrouleas**
**United States District Court Judge**
**Ft. Lauderdale, Florida**

**RE: United States of America v. Charles Boyd**

**CASE NO. 24-CR-20255-Dimitrouleas**

Your Honor:

My name is Michael Sharp. I was born and raised in Philadelphia, PA. I am 64 years old. I have coached Youth Basketball for the past 23 years (the Team Iverson Philly Revolution) and am the Founder and Executive Chairman of Sharp Financial (for the past 33 years), a fully integrated Financial Services firm located right outside of Philadelphia.

I am Charlie Boyd's financial advisor and have known him for almost 10 years.

Charlie has always appeared to me as a very active person, a loving and caring husband, father, son, and maybe to a fault, a loyal younger brother. He is one of the very few people I have known that has shown the kind of loyalty, love and care that he has over the years for his family, friends and, unlike many other entrepreneur owners, his employees and service providers. He always appears to be positive and believes the best in almost everyone he knows or meets. Charlie has a genuinely good heart, is unselfish and wants what's best for his family and all of the people whose lives he touches. While he is a great family man, a loyal husband, father son and brother, he has also been a loyal client and someone that I have always admired by the way he saw other people. He has always reserved judgement on others, judging them not by the color of their skin or their religion, but simply nothing more than their character. He is someone that made you feel proud to call a friend.

I have never known Charlie to be anything other than what I have FULLY described in this Character Letter. Charlie is truly one of the best all-around, genuine, loyal and giving people I have known over my career. This situation and the related circumstances pertaining specifically to Charlie seem completely out of character for the genuinely good person that I have known!

A good example of the kind of person Charlie is happened to me early on in our relationship when he felt that I was not addressing his Director of Accounting with the proper respect she deserved. He showed his loyalty and sense of fairness and genuine good nature by letting me know, under no uncertain terms, that even though he respected my work, he would not tolerate any kind of attitude directed at any of his employees. While at first I was a bit taken a back, I quickly then realized that he was right and that he had the courage to speak up, at his potential own cost, to come to the defense and do the right thing for his employee. I never forgot that and always respected that about him. It is how he has lived his life...genuine, loyal, courageous

1

with character and integrity. I have not been overly impressed by too many people in my life, but he has always been one of the choice few that I have had the utmost respect for how he has gone about living his life, which is what makes this situation even more confusing to me.

He has always been someone, not even knowing him for too long or even being a contemporary of his, that I would vouch for and say that he is a great example of how one should live his life as a family man, a friend and a business person! Although I am old enough to be his father, he has actually showed me, by example, to be more mindful of how I treat others. He has always treated everyone with the same care and respect that we all deserve.

**That, in my opinion, is a genuinely good person…a really good person!**

Thank you your Honor for taking the time to consider my Character Letter on behalf of Charlie. I appreciate it very much.

Sincerely,

Mike

**MICHAEL H. SHARP, C.P.A.**
**Executive Chairman**
**Sharp Financial** ✪

**Philadelphia, PA | New York, NY | Basking Ridge, NJ | Tampa-St. Petersburg, FL | Jupiter, FL**
**Home Office: 100 Tournament Drive, Suite 310, Horsham, PA  19044**
**Office: (215) 659-2130**
**Fax:     (215) 659-2170**
**Cell:    (215) 431-3156**
**msharp@sharpllc.com**
**www.sharpllc.com**

Brian Callery
6513 Tucker Ave.
McLean, VA 22101
301-442-5978
calleryb@gmail.com

12/14/2025

**The Honorable William Dimitrouleas United States District Court Judge**
Ft. Lauderdale, Florida

**RE: Character Letter in Support of Charles Boyd** (CASE NO. 24-CR-20255-Dimitrouleas)

Dear Judge Dimitrouleas,

I am writing to you to offer my perspective with respect to the character of Charles (Charlie) Boyd. The vantage point I offer is both that of a lifelong friend (we met in the sixth grade and were in one another's wedding party), as well as someone who ran a company with Charlie for seven years (2005 until our exit in 2013). Having been raised by parents with an unwavering moral compass, I would not be writing to you if I didn't think Charlie someone with more to give to both his community and his family.

Having practiced law as long as you have, I'm sure you've heard it all, and I'm not here to convince you that Charlie is some perfect saint… he's human. And like so many, some of Charlie's greatest strengths, like the depth of his faith/trust in people (especially, his friends and his family) and his optimism, can also be a shortcoming. But having read a bit about your time as both an Assistant Public Defender and an Assistant State Attorney, I'm hopeful you're someone who upholds the nature of the law and also sees the human element of a case.

From the acts of kindness I've witnessed, to the business decisions we've been a part of together (some I've outlined below), I hope you'll see some of the Charlie I see and determine he deserves some consideration and, even more, some grace.  At the very least, I hope it might encourage some serious thought regarding the decision you have and what you believe the right thing is to do here.

Charlie was the "glue" for many. He moved his wife and kids to Easton, MD (where he took an SBA loan to start SafeChain as the 3rd Party Logistics company he originally envisioned) to be closer to his aging parents, which also gave his kids a strong relationship with their grandparents.  We grew up with a close group of about ten friends, and despite geographic separation, Charlie always tried making sure our group of childhood friends remained close. Especially after marriages and kids.  I think the following lines from an email Charlie sent to our friend group provides a look into a genuinely caring (human, but genuinely caring) side of Charlie that might have been lost in the trial -

> *"I hope this email finds you all well and please pass it on to anyone I might have missed. I've been doing a lot of thinking lately about our group of friends and how easy it has*

*become for time to fly by without many of us speaking or even seeing each other very often… I know that making time in life for the most important things like our families let alone our friends is easier said than done… You all are my best friends and I can honestly say that I probably don't know the names of some of your children… What we have all built together over the last God knows how many years is something special and something we shouldn't let ever get away from us… I don't want to be another one of these guys who goes around talking about how great my childhood friends were and how much fun we USED to have together. I want to be a guy who thirty to forty years from now who if for nothing else can look forward to getting together with old friends no matter what the situation might be… We can either do this now or look back 20 more years from now and wish we would have."*

For some background on me, I am a partner with a Fortune 500 financial services company, where I run my own practice (financial services).  I have been fortunate to be recognized as a "Forbes Best in State" Financial Advisor as well. My professional life is built on a foundation of trust and ethics, which are principles that were instilled in me by my father (who was General Counsel and oversaw the internal Ethics program for a securities regulator), and a mother who was the quintessential product of her upbringing, having attended K-12 at the Convent of the Sacred Heart in Mamaranick, NY.

One of the deepest testament to Charlie's character I can offer, was my decision to enter into a business partnership with him. In 2005, Charlie, our friend Kevin, and I co-founded "*Fantasy Weekly*," which was the first Daily Fantasy sports platform that we patented. Charlie was the primary visionary for the concept. We spent years building the company and, ultimately, negotiating our exit.  That still remains one of the most memorable and rewarding endeavors of my professional life.

During those years, if I felt my integrity would be at risk by going into business with him, I would not have agreed. Through that experience, I saw Charlie's desire to give people more chances than most (myself likely included) would have.  I've also witnessed Charlie taking ownership of missed deliverables that most wouldn't.  The Charlie I was in business with, viewed issues in a way that examined the role we played in someone else's, someone we had hired's, missed deliverables. Specifically, I recall a time when we outsourced a critical part of the technology (the draft functionality), which was central to our ability to launch the system on time.  What the company delivered was not sufficient and we had very little time until our launch (to coincide with NFL season).  Needless to say, we were upset about the deliverable not being what we hoped for.  However, I have a vivid recollection of the optimistic approach Charlie took.  He examined this missed deliverable through the lens of what "we" could have done better on our to ensure the proper deliverable.  During a conversation about the best path forward with this significant obstacle, I remember Charlie posing questions that examined what we could have done to better assess the hired programmer's level of industry knowledge, as well as their understanding of the specific technology we requested they build.  Instead of placing the blame exclusively on the company we hired to build a specific technology for us, Charlie took a step back to see how we all played a role in the eventual outcome.

Charlie also wasn't afraid to roll up his sleeves and put in long hours.  Eventually, we had the contracted company make some minor updates to the technology they delivered, which then enabled us to finish the rest of it in time.  The optimistic side of Charlie kept a focus on what we could control to still meet our deadline.  Despite the fact that Charlie wasn't a programmer and didn't technically need to be there with us, he always insisted on showing up to be there as Kevin and I worked on the programming side of things… which is something he even did sometimes simply for coffee and/or food runs.

From the first day we considered the idea to our eventual exit, I never had reason to question Charlie's honesty or integrity. Working with Charlie, for me, showed a strength in his character. When we were running short on funds and at a crossroad regarding the most impactful use of funds, I suggested that pursuing our intellectual property (patents) would be a better investment than marketing.  My assessment was based on our marketability and valuation to a potential suitor. Charlie agreed that was the best path, but the reasoning was what stood out to me, because it wasn't about our ability to attract suitors or getting top dollar in an exit.  Charlie hoped that the patents would help keep the platform as one built by peers.

That's why Charlie was so focused on "what's right for the user," and why he felt strongly about it.  By the time we were at the funding decision crossroads, some competitors were starting to emerge (both large media conglomerates and some smaller startups).  Some were clearly more user-centric than others.  So, Charlie thought, if the patents were issued, we might play a small role in the daily fantasy sports technology remaining a peer built technology.  (**NOTE**: Later, we all learned a lot about how much patents actually influence the competitive landscape. But I think Charlie's decision gave me a vantage point where his motivations were reflective of the person I know, who's a good person that I hope you'll consider granting some leniency towards in sentencing.)

Ultimately, after our patents had been granted and we were in discussions to sell, there was a time where Charlie's actions proved that sentiment was more than a conceptual thought of his. With respect to a particular suitor (one with deep pockets and the ability to pay top dollar), Charlie felt strongly about not pursuing further discussions with them.  Charlie's reasoning was that there had been several instances where this particular company's tactics felt very disingenuous/dishonest.  Growing up in a household where compliance and ethics were a frequent dinner-table conversation, I'd like to think my 'radar' for dishonesty is fairly well tuned. In many years of collaboration, Charlie never once suggested a shortcut that made me uncomfortable.

While I cannot speak to the details of this case, any guilt, or lack thereof, I can speak to a consistent character trait in Charlie that I believe is central to how he might have found himself in his current situation: his overwhelming sense of loyalty and optimism.

As I noted above, Charlie is the consummate optimist who truly strives to see the best in people, especially those closest to him. He often places those he is loyal to on a pedestal, trusting them implicitly. Even when his bravado, though sometimes false, might be masking a part of him that questions someone he's wanting so badly to believe in or his own desire for someone else's

approval.  In my opinion, this intense loyalty and optimistic view of others, while admirable in a friend, can be a genuine liability.  Particularly, with SafeChain Solutions evolving from the Third Party Logistics company Charlie originally set out to build, which was a business/industry Charlie seemed to understand well, to a business as complex and divergent as pharmaceuticals, which was an area he lacked expertise. I believe that the Charlie I've known for decades is not someone with malicious intent, but more likely someone with misplaced trust driven by these very strong, almost blind, personal qualities.

Based on our almost thirty-year relationship and my experience as his successful business partner, the Charles (Charlie) Boyd I know is a deeply loyal, reliable, and trustworthy businessman, friend, son, and (most importantly to me) father.  One who took a $40k (I think) SBA loan, so he could build a 3rd Party Logistics business (which he did just that for several years of SafeChain) that would enable him to move his family (wife and two sons) closer to his aging parents. That's the heart of the Charlie I know.

I respectfully ask that you consider this full picture of the Charlie so many of us know, who is standing before your Court.  With this in mind, I hope you'll conclude that Charlie is someone who's been a leader in many good aspects of his life and still has a positive contribution to make in this world and for his family.  As I said at the outset, at the very least, I hope that learning about the Charlie many of us know might have elicited some consideration in the decision you choose to make, based on what you believe the right thing is to do here.

I'm sure reading through having to read through a lot of these isn't the easiest task.  Especially, if they've all taken as much of your time as mine.  So, I am very grateful for any time and consideration you're giving to my thoughts in making a decision as big as this.

Sincerely,

Brian Callery

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida


Re: United States of America v. Charles Boyd

   Case No. 24-CR-20255-Dimitrouleas


Dear Judge Dimitrouleas:

My name is Ed Dos Santos, CPA, and I am a Partner at Weaver Tidwell, LLP. I have known Mr. Charles "Charlie" Boyd for thirty years. We met in middle school and have remained close friends ever since.

Throughout our friendship, Mr. Boyd has consistently demonstrated exemplary character. He is widely regarded as a stand up man with a good heart, a person whose word carries weight, and someone who is loyal to a fault. Mr. Boyd can always be counted upon, and he routinely places the best interests of his friends and family before his own. He is a devoted family man and a person of faith.

It is therefore shocking and deeply disheartening to see him in this circumstance, as it is incongruous with the honorable individual I have known for so long. In my experience, Mr. Boyd's present situation is an aberration from his usual conduct and character.

I offer this letter solely to assist the Court in understanding Mr. Boyd's character. I express no opinion regarding the nature or veracity of the offenses of conviction. Thank you for your consideration.

Respectfully submitted,

Ed Dos Santos, CPA


Partner, Weaver Tidwell, LLP

The Honorable William Dimitrouleas,
United States District Court Judge, Ft.
Lauderdale, Florida

RE: United States of America v. Charles Boyd CASE
NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

My name is JP Finlay and I'm a television reporter and radio host in Washington, D.C. I've known Charles Boyd for 30+ years and wanted to share some thoughts about my dear friend.

Charlie and I first met playing football for the Maplewood Boys' Organization in 6th grade in the mid-1990s, and we would go on to play sports together all the way through high school. Football and basketball mostly and we also shared a love of being outside, especially at the beach.

In the summers I would vacation with Charlie's family in Bethany Beach, Delaware and he would come with my family to Rehoboth Beach. Those are some of my favorite memories, playing in the waves all day and spending our hard-earned quarters at the video arcades on the boardwalk. As the years progressed Charlie and I stayed close through it all - high school, college, our 20s and 30s and now into our 40s. I remember the night Charlie's first son was born and I was present at his baptism a few weeks later.

I'll never forget Charlie's advice when he met my now wife in 2011, "I can see it in your eyes, you're going to marry her." He was right, and stood with me as a groomsmen in my wedding in 2013.

A loyal and true friend, Charlie is the type of guy to give the shirt off his back for a friend or help a stranger in need. When my father passed in 2017, Charlie made the 2-hour drive to be at his wake and told me he would never have missed it.

Understanding the case against him is serious, I can't speak to those circumstances, but I do know Charlie the person. I can never imagine a scenario where Charlie would hurt somebody on purpose. Ever. It's just not who he is.

I hope I've helped you understand Charlie beyond the case. He's a great friend and a great father. If I can provide any other information or answer any questions, please do not hesitate to reach out. My email is jamespfinlay3@gmail.com or feel free to call/text at 301.312.1681.


Regards,

JP Finlay

The Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida
CASE NO. 24-CR-20255-Dimitrouleas

My name is Celestin Kane. I'm a former member of the United States Army Reserves and a I am a graduate of the University of Maryland. I currently work as an Account Executive with ACC Mortgage.

I was introduced to Charlie Boyd on the basketball court when we were around 14 years old and we have been friends ever since. Within a week of meeting him I was invited to his home and treated like I was family. We went to the same high school and played on the same sports teams, so we spent a lot of time together in those formative years. Charlie had a major impact on my life and is a part of two memorable firsts for me.

I went with Charlie to my first ever major league baseball game. It was the first professional game of any kind I had ever attended. Walking into the stadium was unreal for me at the time. Charlie noticed I was feeling overwhelmed and stuck by my side the entire day. He accompanied me to the concession stands and walked me around the stadium. He showed me how to score each play of the game. Now today, even as an adult, I try to do the same whenever I see someone in need.

The 2nd first I remember Charlie assisting me with was more important. As a senior in high school, I was looking for a job. Charlie coordinated a meeting with gentlemen named Billy Bob who was managing American Food and Plant. I landed my first job and opened my first checking account about 3 weeks later. I never thought back then I 'd still be using that same checking account today to handle most of my expenses.

Charlie has always been a man of character. I've personally seen him stand up for other people who could be considered weak. Not with violence, but with kind words and a level head. Charlie is the kind of person that makes everyone feel welcome. I truly feel blessed to have gotten a chance to know him over the past 30 years.

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

RE: United States of America v. Charles Boyd
Case No. 24-CR-20255-Dimitrouleas

Dear The Honorable Judge William Dimitrouleas,

My name is Kari Rider, and I reside in Easton, Maryland. I own my luxury wedding planning company, and I have known Charlie Boyd for approximately 12 years as a dear family friend. Over the years, our families have shared countless holidays, celebrations, and everyday moments together. Our children have grown up in the same neighborhood and have become close friends, which has allowed me to observe Charlie not only as a friend, but as a father and a man of character.

Charlie is one of the best fathers I know to his two boys, Casey and Jack. He is present, engaged, and deeply devoted to them. I have personally witnessed the time, attention, and love he pours into raising his sons. Whether attending their activities, guiding them through challenges, or simply being a steady and consistent presence in their lives, he prioritizes fatherhood in a way that is both admirable and rare.

As a single mother raising two boys, I have also experienced his generosity firsthand. Charlie has taken my sons on countless golfing outings and has stepped in to give them rides when work conflicts prevented me from doing so, always without hesitation. His willingness to show up for not only his own children but for mine as well speaks volumes about his character. Casey and Jack deeply love and rely on their father, and they deserve his presence in their lives.

Beyond being a dedicated father, Charlie is someone I can always call when I need help. One of the most powerful examples of his character occurred when I experienced a house fire while I was out of town. Charlie was my very first call. Without hesitation, he went to my home and put his own safety at risk by entering the burning house to rescue my dogs. He did not think twice—he acted purely out of care and concern for my family. He was the first person on the scene, arriving even before the fire department and other first responders. My home was ultimately a total loss, which gives some sense of how devastating and dangerous the situation was.

In the aftermath of the fire, Charlie continued to show up for us. He helped me move salvaged belongings, coordinated assistance, and took time out of his own busy life to ensure that my family was safe and supported. During the most traumatic times in my life, he was steady, selfless, and dependable. His actions made an immeasurable difference to me and my children.

Based on the many years I have known Charlie, the conduct that brings him before this Court is not consistent with the man I know. In my opinion, it is an aberration from his normal character. The Charlie I know is trustworthy, loyal, protective, compassionate, and deeply committed to his family and friends.

I respectfully ask the Court to consider the entirety of Charlie's character, the positive influence he has had on those around him, and the meaningful difference he has made in the lives of others, including mine.

Thank you for your time and consideration.

Respectfully submitted,

Kari Rider
27930 Peach Orchard Road
Easton, Maryland 21601
443-534-4257
Kari@karirider.com

The Rev. Dr. William J Ortt
7519 Easton Club Drive
Easton, MD 21601

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

RE:     United States of America v. Charle Boyd
        CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas:

I am the recently retired rector of Christ Church in Easton, Maryland. Although I have not seen Charlie since I retired two years ago, all told I have known him as a parishioner about thirteen or so years. Charlie, along with his wife Christi and their sons, were regular attendees of worship services when I was the parish priest. I had no social engagement with the family apart from occasional happenstance meetings in public. Most of my conversations with Charlie have taken place prior to or after the services. Even so, Charlie impressed me as being earnest, thoughtful, hopeful, humorous, affectionate with his wife and devoted to his boys. I thought of him as a good, kind and sincere man.

The longest conversation I had with Charlie took place during the period of the church's restoration project about eleven years ago. The church needed a place to store its pews for a period, and Charlie stepped up helpfully to offer space for free at his warehouse in Cambridge.  When I visited on site at Safe Chain, Charlie took me on a tour and explained his work and business. We spoke for quite a while about many things, including his faith. My principle take away from that time was his faith-based passionate concern for the wellbeing of the city of Cambridge and his ideas for working toward making a positive difference in that community. I admired his perspective and his heart for doing good.

With that said, I have a difficult time reconciling the man I knew with this crime. And I do hope for a merciful sentence.

Yours truly,

The Rev. Dr. William J Ortt

Sarah Kadish
7084 Old Schoolhouse Lane #2
Easton, MD 21601
802-324-9619
spkadish@gmail.com
December 6, 2025


The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida
RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

My name is Sarah Kadish. I'm a 47 year old mother of three, a former teacher with a Master's in Education and a cancer survivor. I met Charlie Boyd when my family moved to Easton, MD five years ago, and our younger sons became friends in third grade. We spent many afternoons together cheering on soccer and lacrosse teams. Charlie was always fast to congratulate every kid on the field- even my son, who had no idea what he was doing! Charlie quickly became a sideline hero to my son and a fast friend to my husband and me.

In February of 2023, I went to the Easton emergency room with what I thought were flu symptoms. Unfortunately, I ended up being transferred out of state to a different hospital where I received a leukemia diagnosis. This began two years of treatment and eventually a stem cell transplant in Texas. My husband and I were away from home for most of this time. Charlie, in his quiet, subtle way stepped up for my family when we needed him most: sideline cheering, rides, pizza, whatever we needed- we knew we could ask him for anything and Charlie would help (and most of the time we didn't even need to ask). This speaks to Charlie's character as a kind, thoughtful and caring individual who looks out for others. He is a person that can be relied upon when needed. I do not know the details of this case, however, I do know Charlie to be a man that I am both proud and grateful to call a friend. Please feel free to call or email me if I can offer any further description of his thoughtfulness and character.

Respectfully,
Sarah Kadish

**CHRISTINA KENDALL GIBSON**
**5900 OLD OCEAN BLVD., C8**
**OCEAN RIDGE, FL 33435**

December 23, 2025

The Honorable William Dimitrouleas
United States District Court
Fort Lauderdale, Florida

**Re: United States v. Charles Boyd, Case No. 1:24-cr-20255**

Dear Judge Dimitrouleas,

My name is Christina Gibson, and I have known Charles Boyd and his family for nearly twenty years. I am a mother of two boys, and our families have been closely connected through school, church, and youth sports over many years. During that time, I have had consistent, firsthand exposure to Charlie's character, values, and conduct. Through my roles as a parent, community volunteer, and board member, I have observed Charlie in both personal and leadership settings over an extended period of time.

Our sons grew up together, and we spent countless weekends on lacrosse fields supporting our boys. Through those years, Charlie was always present—encouraging, engaged, and supportive not only of his own children but of the broader community of families. In all the time I have known him, I have never witnessed behavior that was dishonest, unethical, or inconsistent with strong moral values. To the contrary, Charlie has consistently demonstrated integrity, kindness, and responsibility.

I served on the board of both our local school and our church for nearly a decade, and throughout that time the Boyd family was consistently and actively involved through volunteering, charitable donations, and meaningful community engagement. Their support was steady, genuine, and reliable, and they raised thoughtful, respectful children who clearly reflected those same values.

Even during the challenges of this case, Charlie remained focused on his responsibilities to others. He worked diligently to keep his company operating because he knew his employees depended on their jobs to support their families. That sense of responsibility, especially under personal strain, speaks strongly to his character.

Charlie has also been a positive influence on young people, including my own sons. They look to him for guidance on healthy pursuits, discipline, and entrepreneurial thinking. He took time to encourage them, share ideas, and teach them how to turn an idea into reality through hard work and accountability.

Our families often attended Saturday night church together and then shared dinner afterward—simple but meaningful moments that reflected Charlie's commitment to faith, family, and community. He is deeply missed by those who know him.

The man I have known for two decades is defined by service, leadership, and moral consistency, not by the circumstances of this case. I respectfully submit this letter with full appreciation for the seriousness of these proceedings and the Court's responsibility in determining an appropriate outcome.  Thank you for your time and consideration.

Respectfully,

Christina K. Gibson

January 5, 2026

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Judge Dimitrouleas,

My name is David J. Belford. I have known Charles Boyd for the last 15 years. I met Charlie through my wife, Megan C. Belford. Megan and Charlie have been friends since childhood.

I first met Charlie while my Megan and I were dating and got to know him better during Megan and I's courtship, engagement and subsequent marriage. Through the duration of my relationship with Charlie, I have always known him to be of high character with his faith, family and friends at  the center of his life. He's welcomed us into his home and despite the distance between our homes (90 Miles), he's remained a great friend to our family, particularly Megan.

I am sure you are hearing from a number of Charlie's friends, who, similar to Megan, have been part of his life for 30-40 years. I can think of no better testament to a person's character and good nature than their ability to maintain such strong relationships with such a significant number of friends over their lifetime.

In November 2021, I tragically lost my mother in a car accident. It was a devastating time for my entire family. When something like that happens, you remember who shows up to support you in your time of need. Charlie was there despite the distance and time he needed to travel to support me in my time of need.

I was raised a Catholic and educated by the Jesuits. Charlie, in my humble opinion, exemplifies the Jesuit ethos of being a "Man for Others".

I can't speak to the circumstances and events of this particular case only to say that what Charlies has been convicted of is completely at odds with the man I know.

I appreciate you taking time to read this letter and taking it into consideration.

Respectfully,

David J. Belford

Donald Stranahan, M.D., FAAD

27900 Baileys Neck Rd

Easton, MD 21601

dstra001@gmail.com

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida

RE:    United States of America v. Charles Boyd

        CASE NO. 24-CR-20255-Dimitrouleas

Honorable Judge Dimitrouleas:

I am writing this letter on behalf of my friend, Charlie Boyd, whom I have known for over ten years. I am a dermatologist in our hometown of Easton, Maryland, and our children have attended school together since kindergarten, which is how Charlie and I initially met.  Since becoming friends, our families have become very close, and Charlie and I have spent a great deal of time together. It is a privilege to speak to his character, as Charlie is one of the most genuine, dependable, and principled individuals I have ever met. He is a man defined by his values, his devotion to his family, and his unwavering commitment to helping others.

Charlie is an extraordinary father and a devoted husband. His family is the center of his life, and he approaches every responsibility with patience, steadiness, and love. It is clear to anyone who knows him that he prioritizes the emotional and spiritual well-being of his children and works tirelessly to ensure they grow up in a supportive, grounded, faith-filled environment. His relationship with his wife is marked by respect, partnership, and true companionship.

Charlie also exemplifies dedication through the care he provides for his elderly parents. His father's ongoing dialysis treatments require significant time and attention, and Charlie is consistently present—never out of obligation, but out of love. He handles these challenges with humility and grace, and he often puts his own needs aside to make sure his parents

receive the support they deserve. This level of commitment is a reflection of his deep family values and his strength of character.

In his community, Charlie is known as someone you can rely on without hesitation. He is guided by strong Christian principles, which are evident in his actions, not just his words. Whether volunteering his time, offering a helping hand to neighbors, or stepping in quietly when someone is struggling, Charlie never seeks recognition. He simply believes in doing what is right. His willingness to serve others is both inspiring and deeply impactful.

To put it simply, Charlie Boyd is a man of integrity. He embodies honesty, compassion, responsibility, and selflessness. Those who know him are better for it. His conduct in this case was certainly an aberration of his normal character.

Thank you for your time and consideration.  Should you have any questions, please do not hesitate to contact me.

Sincerely,

Donald Stranahan, MD, FAAD

Hardy Lee Pearce, III
9516 Byeforde Rd.
Kensington, MD 20895
Hpearce526@gmail.com
(301) 257-6723

December 23, 2025

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

**RE:   United States v. Charles Boyd**
         **CASE NO. 24-CR-20255-Dimitrouleas**

Dear Judge Dimitrouleas:

I hope this letter finds you well. I am writing to you regarding my dear friend, Charles Boyd, who is scheduled to appear before you for sentencing on January 20, 2026. I would like to take this opportunity to provide insight into Charles's character. First, however, I would like to briefly introduce myself.

My name is Hardy Pearce. I am 44 years old and I live in the Washington, D.C. suburbs, where I grew up with Charles. I have been happily married for twelve years, and my wife and I have two young daughters. I received my degrees in history and criminal justice from the University of Delaware, and I am currently employed by the federal government at a Department of Health and Human Services agency, where I help lead public health efforts to advance the nation's behavioral health. While my career is both critical and fulfilling, my family and my friends ultimately mean the most to me, which is why I feel compelled to share my perspective on my close friend, Charles Boyd.

I have known Charles for 32 years, since we were in middle school together. We were part of a larger group of friends—approximately fifteen of us—who have remained close for more than three decades. Out of this group of individuals who have experienced life's milestones together, there is no one I admire more than Charles. Throughout the many years I have known him, he has consistently demonstrated that he is trustworthy, reliable, hardworking, dedicated, and honest.

Charles is more than a friend to me—he is family. He is someone I love and care for deeply. For over three decades, I have known Charles to be a devoted husband and father, a man of faith, a man of benevolence, and, above all, someone who consistently goes out of his way to help others. As teenagers, Charles and I traveled to Puerto Rico on a church mission trip to help rebuild homes after a devastating hurricane. I will always remember how eager and joyful Charles was to assist families in rebuilding not only their homes, but their lives. On a more personal note, I have lost count of the number of times Charles helped me move over the years.

He never asked for anything in return and never expected recognition—he simply enjoyed helping.

I would also like to respectfully share my belief that the allegations before the Court are inconsistent with Charles's true character. While I do not have detailed knowledge of the trial proceedings, I know with certainty that the portrayal of Charles does not align with the person I have known for more than thirty years. I was shocked and deeply saddened by what I learned, as these allegations are wholly contrary to everything I have ever known about him as a human being.

Thank you for taking the time to read this letter. I respectfully ask that you consider my personal account of Charles Boyd's character when determining an appropriate sentence on January 20, 2026. Please do not hesitate to contact me if you require any additional information.

Sincerely,

Hardy Lee Pearce, III

Jason A. Linnehan
13001 Disney Lane
Silver Spring, MD 20906
jalinnehan@gmail.com
301-704-2386


1/16/2026

Honorable William Dimitrouleas
United States District Court Judge
Fort Lauderdale, FL 33301

RE:     United States of America v. Charles Boyd
        CASE NO. 24-CR-20255-Dimitrouleas


Dear Judge William Dimitrouleas,

I am writing to you in my capacity as a friend to advocate for Charles Boyd from herein referred to as "Charlie," whom I have known for over 30 years years. It is my honor to vouch for Charlie's character and integrity during my time knowing them.

Charlie has consistently displayed qualities of honesty, integrity, and responsibility from the time we met as children through present day. A few months after I turned 18 years old, I suffered the unexpected loss of my father. My father and I were extremely close, and the loss of my Dad left me completely devastated and unconsolable to say the least. At the time, most of my friends were away at college, while I had chosen to delay going to college until I figured out what I wanted to do. Charlie, who was also figuring out next steps in his life, was the first person who rushed to my side not as a friend, but as a brother. As recent 18 year old, high school grads, we had never experienced a loss of a parent in our friend group nor did we have any concept of what managing a family entailed. Charlie's first concern was for my family, since my Dad was the primary breadwinner and my Mom was a stay-at-home Mom. Charlie and I quickly brainstormed ways "we" could come up with the funds to help lay my Dad to rest. Thankfully, I quickly found out my Dad had life insurance and a pension, so my family was ok financially. As my family made funeral arrangements, Charlie helped guide me through next steps as I grieved and constantly checked on the welfare of my Mom and sister. As months and years passed, Charlie remained steadfast in his commitment to making sure my family and I were all going to be ok, by calling and coming by the house and pushing me to figure my life out sooner rather than later.

A couple years later, Charlie married his high school sweetheart, Christi, and shortly soon after, became a father to two wonderful boys, Casey and Jack. At that time, I was working as a full-time server, while Charlie worked in various capacities in local warehouses. While

Charlie was now a husband and father ,and we both had settled into our roles being adults, our relationship never waned. Besides our regular sports banter, Charlie continued to suggest jobs for me to apply to, even though I was happy where I was at. Becoming a husband and father had given him a new perspective and only increased his need to make sure my family and I was also going to be ok. At one point, he wanted me to work with him. He understood the hospitality industry is very volatile,  and Charlie wanted to make sure I had good benefits, stability and advancement opportunities. While tempted, I politely declined. I was determined to make my own way.

Now, after 27 years since my Dad passed, I've watched Charlie become a doting husband, a present father to his two sons, a Coach to his children and their friends in their respective sports, a faithful parishioner at his church and becoming an active participant in his hometown, frequently volunteering in causes relative to Supporting our Troops and Veterans, and raising funds for Children with Special Needs. Charlie continues to challenge himself to not only take care of his wife, his family, his friends but everyone he can help. That's just how Charlie is built. If the world had more people like "Charlie," with a natural drive to help and care for others, the world would be a much better place.

I understand and respect the gravity of the current circumstances. I believe that Charlie's conduct and character make him deserving of your consideration and grace. Please feel free to contact me at the number or email address listed above should you require any further information.

Thank you for your time and consideration.


Sincerely,

*Jason Linnehan*

Jason A. Linnehan

Jennifer Claytor

23815 Wilkins Branch Road

Preston, MD 21655

443-694-6738

jljmclay@gmail.com

Date

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida

CASE NO. 24-CR-20255-Dimitrouleas


Subject: Character Reference for Charles Boyd

Dear Judge Dimitrouleas:

My name is Jennifer Claytor, and I have worked as a pre-kindergarten instructional assistant at an elementary school in Maryland for the past seven years. I met Charlie and his family through a church we both previously attended. I have known Charlie for thirteen years and have come to know him both as a colleague and a close friend.

Throughout the time I have known him, Charlie has consistently demonstrated honesty, compassion, and integrity. He is a God-fearing man who places great importance on his family and the well-being of others. Years ago, when I was working for him, my van broke down while I was pregnant. At that time, my husband and I were experiencing significant financial hardship. Without hesitation, Charlie offered me the use of one of his personal vehicles until we were able to repair ours. He asked no questions and expected nothing in return, an act that reflects the generosity and character I have always known him to possess.

I understand that Charlie is before the Court regarding a serious matter. However, based on my long-standing relationship with him and my firsthand experiences, I believe the circumstances leading to this situation are not representative of his true character or the values he has consistently demonstrated over the years.

I respectfully ask the Court to consider Charlie's history of good character, his strong moral foundation, and his potential to continue contributing positively to his family and the community.

Respectfully,

Jennifer L. Claytor

**Jerry L. Wilcoxon**
**27991 Waverly Road**
**Easton, MD 21601**
**jwilcoxon@wilcoxonconsulting.com**
**410-310-2309**

December 27, 2025

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

   Re: United States of America v. Charles Boyd
      Case No. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

Thank you for the opportunity that you have given those of us who care deeply for Charles (Charlie) Boyd the opportunity to provide you with some insight as to what kind of person Charlie is in advance of his sentencing.

My name is Jerry Wilcoxon, and I am a Certified Public Accountant and Business Valuation professional (CVA and ABV) practicing for over 40 years based out of Charlie's home town of Easton, Maryland.

I first met Charlie, his wife Christi and their sons Casy and Jack, when they became members of the country club where I have been a member since 1990 and have served on the Board for over 20+ years  My interaction with Charlie and his family through Club events was extremely positive and I found them to be a wonderful family grounded in good, Christian values.

Over the next ten years, my wife and I got to know Charlie and his wife socially, attending the same social events and even being invited to gatherings at their home, and having them as guests in our home during the Christmas holidays.  They are known as a very genuine, loving couple that demonstrate mutual respect and admiration for each other.

My interactions with Charlie over the years formed my opinion that he is a very solid Christian, who takes his commitments to his family and his faith very seriously, and who is very kind and courteous of others in every way of life.

More specifically, I found Charlie to be an attentive father to his two sons, providing them both with opportunities for a good, quality education as well as athletic venues for them to excel outside the classroom.  Both sons have turned into fine young men who are sociable, courteous, and very kind to younger children in

our community, specifically my grandson and others.  While their father's absence is likely to have a lingering effect on both boys, both Charlie and Christi have instilled a very solid foundation in both sons that will allow them to survive and thrive through this tragic serious of events in their lives.

I also have met and become friends with Charlie's parents, Chery, and John, who have both fallen into poor health and have relied upon the help of their sons Patrick and Charlie to be primary caregivers.  Both parents are unable to travel and will have to face the reality of never being able to see their sons again.

Lastly, his involvement in this matter has come as a shock to me and others as totally out of character. My opinion of Charlie was as a man of complete integrity and veracity based upon my interactions with he and his family.

I write all of this to respectfully ask that the court to consider all of these factors and impose the most lenient sentence provided by the guidelines for Charlie Boyd. It is my belief that this request for leniency will still achieve the goals of protection, punishment and deterrence while returning a good man and provider back to his family and to those of us that love and respect him.

Thank you for your consideration in this matter.


Sincerely,

Jerry L. Wilcoxon

Julie O'Donnell
28259 Baileys Neck Road
Easton, MD 21601

January 13, 2026

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

Re: Case No. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas:

I am writing to offer my perspective on Charlie Boyd, whom I have known since 2013, when our sons became best friends. Over the years, our families have grown close, and I have had the opportunity to observe Charlie consistently in his roles as a husband, father, son, and friend.

At his core, Charlie is a steady, calm, and kind presence. He is consistently positive and finds the good in people and in challenging situations. He is family-oriented and deeply grounded in his faith. His values guide his daily actions, and he leads by example.

One of the qualities I most admire about Charlie is his devotion to caring for others. He is a dedicated and involved caregiver to his elderly parents, showing patience, responsibility, and compassion. In addition to providing transportation to hemodialysis and appointments, and assistance with activities of daily living, Charlie and his family visit his parents several times a week and share meals with them. He is also a loving uncle to all five of his nieces and nephews. He knows their friends, attends their performances, and makes them feel important. Charlie is actively involved in supporting a foundation for children with Down Syndrome, inspired by his nephew, Graham. His actions are consistent, personal, and genuine.

Charlie is an engaged and active father who shows up for his children in meaningful ways. He is present and supportive of their interests and endeavors: cheering at early-morning lacrosse games an hour from home, supporting his boys in golf tournaments throughout the East Coast, playing pick-up basketball in the driveway, and surf casting with them on summer afternoons. Charlie attends teacher meetings, helps with homework, and prioritizes family dinners together. These moments reflect the value he places on family connection and involvement.

One of the most meaningful aspects of Charlie's life is his devotion to his wife, Christi. Their partnership is evident in the way he supports her: as her comfort, her emotional security, and her source of strength. He is Christi's biggest fan, her strongest advocate, and her calming voice. Their relationship reflects commitment, respect, and enduring love.

I believe Charlie's life as a whole reflects a person who lives with integrity and makes a positive difference in the lives of his family, friends, and community. I know him to be thoughtful, caring, and reflective, and I have seen him approach his current circumstances with humility.

Thank you for taking the time to consider my perspective as you carry out your responsibilities. I appreciate the Court's careful consideration.

Respectfully,

Julie O'Donnell

Justin Harried

14746 Valiant Terr.

Burtonsville, MD 20866

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida

RE: United States of America v. Charles Boyd

CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

I am writing this letter in support of my long-time friend Charles Boyd. I am a School Counselor for Montgomery County Public Schools in Maryland. I currently work at Silver Creek Middle School.

I met Charlie the summer before starting 9th grade. I was new to the area and the two of us were on the same high school football team. While we were not friends immediately, over the next year the two of us became closer. As sophomores, we were both elected captains of our Junior Varsity team. I would say that was the beginning of our friendship. I was attending our high school as a transfer student, and my family lived several miles away. Charlie and his parents allowed me to spend a significant amount of time at their home both during the week and on weekends. My association with him connected me to several other of our close friends and made my high school experience one of the best times of my life.

My favorite memory of him was when tragedy stuck my home and my parents had to leave to go out of town suddenly. I asked Charlie if I could stay at his home for a week during the school year. Without hesitation, he and his parents took me in. It was very comforting in a very trying time and my parents and I were extremely appreciative.

As a student, academics did not come naturally for Charlie. He required a lot of one-one support and confided in me that he had challenges in reading and writing. However, since he was such a hard worker, that did not prevent him from excelling in the classroom and receiving high marks. As high school concluded, we both entered college. I attended Morgan State University and Charlie enrolled at Sheppard College. It did not take long for Charlie to discover that college was not a great fit for him, and he withdrew early in the first semester. He immediately pivoted and came home and began to work in a warehouse I believe.

A few years later, his future wife Christi moved into our area, and she had an immediate impact on Charlie's trajectory. She offered him stability and focus, and he matured well beyond his years. He was always an honest and honorable person, but her presence gave him a sense of direction that I'm not sure that he had previously.

As the years have passed, we do not connect as much as we would've like to. His family moved further away and we both have children. However, when we do see each other, it's as if no time has passed. In a large group of friends, Charlie has always displayed incredible kindness and support. He leads by example and you would be unable to find a single person that would have anything negative to say about their interactions with him.

Charlie is a tremendous father, husband, son, and friend to so many. While I am disappointed that he is in this situation, this is in no way a reflection of his typical behavior or character. Charlie is one of the most honest and principled people that I know, and I am hopeful that he gets the opportunity to redeem himself soon.

Thanks,

Justin Harried

Kerry C. Bridges
5564 Heron Point Road
Royal Oak, MD 21662
December 12, 2025

The Honorable William Dimitrouleas,
United States District Court Judge,
Ft. Lauderdale, Florida
United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge William Dimitrouleas,

My name is Kerry Bridges, I am small business owner in Talbot County, Maryland, as well as a good friend of The Boyd Family.  I am writing to offer my character reference for Charles Boyd, I have known Charlie and his family for several years. Our boys played ice hockey together and our families became very close.

All my experiences and memories of Charlie are of a husband & father who is devoted to Christi, Casey & Jack.  The love that Charlie and his family have for each other is so evident in everything they do.  It is one of the reasons we are so close. They are the kind of people you want to be around.

I came to understand the depth of Charles's character in one of the most painful chapters of my life. After my 13-year-old son Grady was killed in a tragic accident, Charlie and his family surrounded me with love & support. They offered comfort without hesitation, showing up in ways that were incredible. Their empathy was overwhelming, it was consistent, genuine, and filled with so much love. The Boyd Family presence during that time was a reminder that even in my devastating loss, there are people who carry enough compassion to help others stand again.

The way Charlie has shown up to support those around him with strength and gentleness speaks volumes about who he is. Charlie is someone who leads with his heart, treats others with love & respect, and anyone who knows him is better for it.

I cannot speak highly enough about Charlie and the Boyd Family.  I love them very much.

Sincerely,

*Kerry C. Bridges*

Kerry (KC) Bridges

**RE: United States of America v. Charles Boyd CASE NO. 24-CR-20255-Dimitrouleas**

To The Honorable William Dimitrouleas, United States District Court Judge, Ft. Lauderdale, Florida,

My name is Kevin Lanik.  I am a 45 year old father of two living in Denver, CO and I work in technology and A.I., with a specialty in mental health applications.  I have known Charles Boyd since I was ten years old living in Maryland.  He is one of my oldest, dearest and closest friends.  Charles is one of the most reliable and consistent people I have ever known.  The first technology business I ever started, Charles was a co-founder.  We designed and built a fantasy sports website that offered daily and weekly fantasy football options, basically a precursor to DraftKings and FanDuel.  We were very fortunate to sell our intellectual property to a larger company, which was a great success.  At this point in my career, I have worked with many different people across two plus decades, and Charles would be at the top of the list of folks I would look to work with again.  He is trustworthy, reliable and hard-working.  I read the court documents and I have a very hard time reconciling the conduct described and the person I have known for the vast majority of my life.  In fact, it is truly inconceivable.  He is a great father, a man of integrity, and a truly loyal friend.  That is the person I have known for 35 years.

Thank you,

Kevin Lanik

RE: Case #: 24-CR-2055 The Honorable William P. Dimitrouleas

United States District Court
Southern District of Florida

Dear Judge Dimitrouleas:

I am writing this letter in support of Charles Boyd. I have known Charles—whom we all call Charlie—since 1993, when I met him in high school and he was still in middle school. Over the past three decades, I have had the privilege of watching him mature into an outstanding man, husband, father, and friend.

Even from a young age, Charlie displayed remarkable character. He was a dedicated student and athlete, showing discipline, a strong work ethic, and unwavering commitment—qualities that have only grown stronger throughout his life. As an adult, these same traits shine through in everything he does.

Charlie is one of the finest friends and fathers I have ever known. His family is his top priority, and he consistently places his wife, children, and parents above all else. He supports them with deep love, responsibility, and constant presence. His children are fortunate to have a father who leads by example, teaching them integrity and values through both his words and his actions.

Faith is a central part of Charlie's life. He is actively involved in his church and lives out his beliefs with genuine humility. His faith guides him to treat everyone with compassion, honesty, and respect.

Our families are closely intertwined, and we truly consider each other family. This reflects the depth of our bond and the complete trust I have in him—not just as a friend, but as someone I fully welcome into my life and home.

Charlie is a hardworking individual who takes immense pride in his responsibilities. He approaches every task with dedication and always strives to do the right thing. He is, without question, one of the best people I have ever known, and I am deeply honored to call him my friend.

I submit this letter with the utmost sincerity and respect for the Court, in the hope that it will be given careful consideration.

Sincerely,

Mackie Barch

10303 Montgomery Ave

Kensington, MD 20895

Marjorie Gillespie
1361 Neighbors Way
Mt. Pleasant, SC 29466
December 8, 2025

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, FL
RE: United States of America v. Charles Boyd
Case Number: 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

My name is Marjorie Gillespie, and I am writing with regard to Charlie Boyd.  I have known Charlie since he was born.  I was a neighbor and friend of his parents, Cheryl and John Boyd, when we both lived in Chevy Chase, MD, and our families have remained friends after we both moved.  I was a nurse practitioner at the National Institutes of Health for 41 years until I retired in 2011.

Charlie is my son Jamie's best friend and like a second son to me and my husband.  Charlie and Jamie attended St. Paul's Nursery School, Rock Creek Forest Elementary School, Westland Middle School and Bethesda Chevy Chase High School together. They played sports together from T ball through high school football.  Charlie was a good athlete and most importantly, a good and loyal friend. He is loved by everyone who knows him and has maintained close friendships throughout the years.  Charlie was often included on vacation with our extended family and was always polite and kind to young and old.

I know in my heart that Charlie is a good person who would never knowingly hurt anyone.  I can't help but think that he may have been influenced by others or taken advantage of due to his kind nature.  Charlie is a wonderful person and a good husband and father.

I respectfully ask that you consider Charlie's character when determining his sentence.  He is a good man who needs to be with his family.  He has never been in trouble before and I'm sure he will prove to be a fine and upstanding citizen in the future.

Sincerely,


Marjorie Gillespie

Charles Boyd Character Reference Letter                                            12/29/25
**CASE NO. 24-CR-20255-Dimitrouleas**

To The Honorable William Dimitrouleas,

  My name is Matthew Monahan. I am a 46 year old business owner and CEO. I have known Charlie my entire life. Our parents were best friends for over 50 years and I have pictures and memories of our time growing up dating back to 3 or 4 years old. While our lives diverged after high school, I returned to the Easton area 5 years ago with my wife and 2 children. Being new to the area, I was able to have a front seat introduction to the life that Charlie has built in Easton as I was introduced to an innumerable amount of people. He is married to a wonderful woman who is a teacher at our kids local school. He is a devout catholic and literally spends every bit of his free time with his wife and children. Whether it is coaching football or driving one of his sons to hockey or golf tournaments, Charlie is the epitome of the term, family man. When I question my own actions as a father, I can always look to Charlie for guidance on the right thing to do. Ask anyone in this town who knows Charlie what kind of man he is and they will all say the same thing; a dedicated husband, father and hard working business owner. I cannot speak to the charges against Charlie but they would be a complete aberration of character based on the man I know and am proud to call a friend. He is a disciplined entrepreneur, always working on new ideas and concepts and an avid fitness fanatic, putting physical and mental health over all. Charlie lives by the mantra of faith, family and friends. It's tattooed on his arm. To see him taken from his family and this community would be a sorrowful blow to all of us here. I love Charlie and if you were to spend even just a few minutes with him, his compassion, energy and good nature would be clear immediately. Charlie is a good man and a righteous man and deserves any compassion you can offer. Thank you for your time.


Sincerely,
  Matthew Monahan

**Date:** January 4, 2026

The Honorable William Dimitrouleas

United States District Court Judge

Ft. Lauderdale, Florida

**Re: United States v. Charles Boyd, Case No: 24-CR-20255-Dimitrouleas**

Dear Judge Dimitrouleas:

My name is Phillip Smith, and I serve as a Project Director for the Digital Transformation and Innovation (DT&I) department at the Hospital Corporation of America (HCA). I am writing this letter to provide a character reference for Charles Boyd, whom I have known for close to 40 years. Our relationship spans nearly my entire life, beginning in childhood and continuing through every major milestone of our adulthood.

In the four decades I have known Charlie, I have found him to be a man of unwavering integrity, intensely loyal to his friends, and deeply dedicated to his family. As a father of three children myself, I have observed Charlie's interactions with his boys with a keen eye. His patience and commitment to his sons have always provided me with a clear window into his fundamental values and his inherent kindness.

One period of our lives particularly illustrates Charlie's character. In the early 2000s, I was going through a difficult transition, having left one four-year college to attend Montgomery College in Rockville, MD, before eventually transferring again. It was a time when I felt quite low and uncertain about my future. We spent a great deal of time together during those years, and whether he was fully aware of it or not, Charlie was the person who kept my spirits high. His quiet, unprompted support during what was otherwise a depressing time for me is perfectly indicative of the loyalty he demonstrates to those he cares about.

Charlie has made a tangible difference in my life and the lives of our peer group by being our "steady hand." He was one of the first in our circle to marry and have children; seeing him settle into a stable, devoted life in support of his wife, Christi, and their boys served as a blueprint for the rest of us. He has consistently been the person we can rely on for stability and perspective.

Regarding the charges before the court, I truly believe that this conduct is an aberration of Charlie's normal character. It is wholly inconsistent with the man I have known for 40 years. I am confident that his core values remains rooted in being a productive, helpful, and honorable member of society.

Thank you for considering my perspective as you determine the appropriate path forward. Charlie has a vast and strong support system, and I remain fully committed to supporting his continued growth and his contributions to our community.

Sincerely,

Phillip Francis Smith
(301) 502-4615
Phillip.smith@hcahealthcare.com

Shari Wilcoxon
27991 Waverly Road
Easton, MD 21601
shari@wilcoxonconsulting.com
cell 410-310-4669

December 26, 2025

The Honorable William Dimitrouleas
United State District Court Judge
Ft. Lauderdale, Florida

Re: United State of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas:

I am writing this letter in support of Charles (Charlie) Boyd and in hope that you will consider giving Charlie the most minimal sentence possible.

My name is Shari Wilcoxon, and I am the National Director of Business Development for eReceivables, INC. We sell services to healthcare systems, to help them recover revenue owed to them by insurance companies. I have had this position for over 15 years.

I've known Charlie and his wife Christi and their boys Casey and Jack for over 10 years. They are a wonderful family who are well respected and loved in our beautiful town of Easton, Maryland.

Charlie and Christi are strong Christians and display this in their every engagement with us and their many friends. They have come to our family Christmas Eve parties, and we have celebrated summertime and Waterfowl events together, as well as participating in numerous activities surrounding golf and other family outings.

Charlie is always genuine, courteous, extremely kind, generous with his time and very caring. He is a wonderful family man and is a very devoted husband, father and son. He supports and helps raise money for children suffering from downs syndrome among other kind, and caring efforts for others.

My daughter Stratton suffered greatly with Lyme Disease. Once when she was very sick, Charlie helped us immensely and spent considerable personal time and effort to help us find important treatments, with no benefit to him personally, it was only to help us in a time of need. This is the man who Charlie is and always has been.

Charilie's parents, Cheryl and John Boyd, are both in very poor health. His mother is unable to walk unassisted and has been in a wheelchair for several years. His father, John, is on dialysis several times a week. I fear they will not be able to travel to see their son(s) again. Charlie, and his wife Christi, have been primary caregivers for his parents, along with Patrick.  They have no other children to help.

Christi is a beloved and respected schoolteacher at a very popular school in our town of Easton. To the best of my knowledge, she has been teaching there for at least 10 years, since I've known her. She is well liked and has always focused on raising wonderful family-oriented sons with Charlie at

her side. Christi too participates in helping downs syndrome children in need, among her other kindnesses to others.

Charlie is a truly kind, caring and giving man. I cannot help but think what a deviation this case is from all I have ever known about Charlie, the husband, the father, the son, the family man, and the giver to society that I've known and cared for these many years.

I respectfully ask that you take into consideration what a good man Charlie Boyd is and that please you consider granting him the most lenient sentence possible at this very difficult time for him, his family and all of us who love and respect Charlie.

Thank you for reading this and for your consideration.

Respectfully,

Shari Wilcoxon

February 12, 2026

Judge William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

The Honorable William Dimitrouleas,

My name is Timothy Cureton, and I am writing in support of Charles "Charlie" Boyd. I have known Charlie for many years through our families and our children growing up together.

In truth, I do not know much about Charlie's professional life, and I am not writing to challenge the Court's decision. I simply want to share what I have personally witnessed about his character.

Charlie is an exceptionally devoted father. Our kids played multiple sports together over the years, and Charlie was at every single game. Not occasionally, consistently without fail. He showed up, supported his children, and carried himself in a way that reflected pride, patience and commitment.

He is also someone you can depend on. If I called him in the middle of the night needing help, he would be there without hesitation. That kind of reliability says a lot about a person.

I certainly understand that actions have consequences, and I respect the responsibility the Court carries in determining what is appropriate. I would only ask that, as you consider sentencing, you keep in mind the father and family man I have come to know.

In my experience, Charlie has been a steady and positive presence in the lives of those around him, especially his beloved family members.

Thank you for your time and consideration.


Respectfully,

Timothy Cureton

December 18, 2025

RE:    United States of America v. Charles Boyd

CASE NO. 24-CR-20255-Dimitrouleas

To:    The Honorable William Dimitrouleas,

United States District Court Judge, Ft. Lauderdale, Florida

Dear Judge Dimitrouleas,

My name is Todd Vecchio, I am a 60-year-old retired entrepreneur, who resides between Easton, MD and Scottsdale, AZ. I have known Charles Boyd for more than a decade. We met at Talbot Country Club in Easton, MD.  Easton, MD is a small town on the Eastern Shore of Maryland, where everyone knows everyone. Charlie's case was big news for the entire community.

To be very blunt, Charlie is one of the most decent human beings I've ever met in my life! He is the most caring "gentle giant" to everyone he encounters. The way he is always on the lookout for everyone, and anyone's best interest is inspiring.

Charlie is an incredible father and loving husband. I can only imagine the toll this is taking on his family.

Although I do not know the details of the case and facts that lead to Charlie's conviction, I can say without a doubt there is a hole in our community without Charlie in it. We are all heartbroken by what has occurred and we are all praying for Charlie to return sooner rather than later.

Thank you for your consideration and I hope Charlie's sons will see their father in the not-too-distant future.

Sincerely,

Todd J. Vecchio

John Hughes
10007 Connecticut Avenue
Kensington, MD 20895


RE:     United States of America v. Charles Boyd
        CASE NO. 24-CR-20255-Dimitrouleas


To:  The Honorable William Dimitrouleas, United States District Court Judge, Ft. Lauderdale, Florida

I have known Charles (aka Charlie) Boyd since 1992, when we were both in 6th grade at Westland Middle School in Bethesda, MD.  I was both troubled and surprised to hear about his recent case.  Over the course of our 30+ year friendship, which began in high school, I have had the opportunity to know him as a person, a friend, and a man guided by strong principles.  It is for this reason that I'm writing a letter for reference for Mr. Charles Boyd regarding this matter. I understand the seriousness of this situation and hope the court will show some leniency.

Charlie is someone who has always placed great value on loyalty, family, and responsibility. He is dependable, thoughtful, and consistent in how he treats others. In all the years I have known him, he has demonstrated a willingness to put the needs of others before his own. These qualities are not situational; they are core to who he is.

It is my sincere belief that the circumstances that bring him before the court do not reflect a criminal mindset or a disregard for the law. Rather, they reflect a profound—perhaps misplaced—sense of loyalty to his older brother.  This was a common theme in high school and in the years that followed up until today.  This loyalty, while admirable in intention, placed him in a position where he likely acted out of familial obligation rather than personal gain, malice, or intent to harm.

I do not offer this explanation to excuse poor judgment, but to provide context. In my experience, Charlie is not someone who seeks trouble or benefit at the expense of others. He is a man who has spent his life standing by the people he loves, especially his immediate family, sometimes to his own detriment. This situation appears to be one of those moments.

I firmly believe that this incident is an aberration in an otherwise law-abiding and responsible life. Charlie is capable of reflection, growth, and accountability, and I am confident that he will learn from this experience and move forward in a positive and constructive way.

Thank you for taking the time to consider my perspective.

The Honorable William Dimitrouleas
United States District Court Judge
Fort Lauderdale, Florida

Re: United States v. Charlie Boyd

Dear Judge Dimitrouleas:

My name is Brent Paquin, and I am writing to respectfully offer my thoughts regarding Mr.
Charlie Boyd, whom I have known for 10 years. I appreciate the Court's time in considering this
letter as you evaluate Charlie's character in advance of sentencing.

Over the years, I have come to know Charlie as a deeply caring and compassionate person. He is
a religious man whose values are grounded in faith, humility, and service to others. Above all,
Charlie is a devoted family man who consistently places the well-being of his loved ones at the
center of his life. His work ethic is exceptional, and I have always admired the pride and
dedication he brings to everything he takes on. Beyond these qualities, he has been a truly great
friend, reliable, supportive, and genuine in every sense.

In my experience, Charlie's conduct in this case does not reflect the person I have known. The
Charlie I know is someone who strives to do right by others, who contributes positively to the
people around him, and who has made a meaningful difference in many lives, including my own.
I have witnessed moments where his kindness, generosity, and character stood out, and those
moments continue to define who he is in my eyes.

I offer this letter not to comment on the nature of the charges before the Court, but simply to
share my sincere and honest perspective on Charlie as a human being. I hope this insight is
helpful as you consider the broader picture of his character.

Thank you for your time and consideration.

Respectfully,
Brent Paquin
980 Ruscello Vista Ct, St. Michaels, MD 21663
brent@paquindesignbuild.com
443-496-0693

The Honorable William Dimitrouleas
US District Court Judge
Ft. Lauderdale, Florida

Regarding Case #: 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

This letter is regarding the type of person I know Mr. Charlie Boyd to be. My name is Susan R. LaMotte and my connection to the entire Boyd family began twelve years ago when I was a teacher and coach at The Country School, located in Easton, Maryland. I was a fellow teacher with his wife Christi and served as the boys' gym teacher. I also took on the role of the boys' golf instructor when Casey and Jack began golf lessons during first grade.  I have continued working with the boys and as well as with Christi who volunteers as secretary in my Junior Golf Nanny business.

I have never wavered in my adoration of the type of person Charlie is.  Charlie is a man of deep faith, a strong family man, and a strong role model in so many ways. This is evident in his commitment to his faith, his family, and the community where he is widely respected in our community. His dedication to supporting his boys and his community included his involvement as a coach with their football team, his quiet support while on the golf course, and his volunteer support with our local Talbot Optimist Club. His support for this club was both financial, supporting our junior golf tournament as well as physically assisting at our Christmas tree lot.   Charlie is a quiet man who leads by example, as is evidenced in the positive demeanor and strong traits inherited by sons Casey and Jack.

When I first heard of the charges Charlie was facing, I was totally shocked! I couldn't reconcile it with the person I knew. Charlie is such a self-disciplined and respected man in our community that I still feel blindsided, as these charges do not represent the man that I know.

Please don't hesitate to call or notify me if you need any other information from me.

Sincerely yours,

Susan R. LaMotte

410-310-9347

susanbohaker@gmail.com

224 South Aurora Street; Easton, MD  21601

Tim Gillespie
1361 Neighbors Way
Mt. Pleasant, SC 29466
December 6, 2025

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, FL
RE: United States of America v. Charles Boyd
Case Number: 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

My name is Tim Gillespie. I lived in Chevy Chase, MD for over 40 years while working in government in the House of Representatives and the US Senate as a legislative assistant and later as Vice President of Amtrak Government and Public Affairs.

For many of those years, my wife and I have been friends with the Boyd family who were neighbors of ours and who had two children that were the same age as our two children. My son, Jamie Gillespie, is the same age as Charlie Boyd. Charlie was my son's best friend, growing up and throughout their youth starting in nursey school, elementary school, and through high school. The close-knit group of young people they knew stayed close even after college, weddings and adulthood.

Charlie spent many hours at our home and with us on some vacations as well as some long weekend visits to our lake house. I felt like I knew Charlie. It would never occur to me that Charlie had a nefarious bone in his body. He was always respectful of us adults and was easy to get along with.  In fact, he was so easy going that I often wondered if he might be susceptible to being influenced by others with less scruples. That was my first thought when I heard of his conviction in this case.

While I know very little about the details of his case, I feel confident in saying that after all the years we spent being around him, I know Charlie's heart. I can't imagine him taking the initiative to do harm to anyone. Yet he is in a difficult situation that I believe, based on my experience of being around him, he may not deserve. I don't envy you having to make decisions that can determine the fate of someone's life, but I hope you will take my views about Charlie's character into consideration. I respectfully ask the Court to consider Charlie's lifelong character and potential for redemption when determining his sentence. I believe he can learn from this experience and move forward as a productive member of society.

Sincerely,

Tim Gillespie

**Jessica Cadwell**

| | |
|---|---|
| **From:** | Steven Oristian <smoristian@gmail.com> |
| **Sent:** | Friday, December 5, 2025 2:25 PM |
| **To:** | BAZ@bruceazimetlaw.com; Jessica@jclsi.com |
| **Subject:** | Charlie Boyd Character Letter |

Case Reference Number # 24-CR-20255 - Dimitrouleas

The Honorable William Dimitrouleas:

My name is Steven Oristian and I currently reside in Easton, Maryland. Myself, and my family, own three restaurants in Talbot County and one restaurant in Queen Anne's County. I have resided on the Eastern Shore of Maryland for the past 20 years. During this time, we have found ourselves deeply rooted in the community through our restaurants, and many charities in which we contribute towards.

One of my earliest memories, moving here as a newcomer, was meeting Charlie. His above and beyond friendly personality and presence immediately drew me towards him. We have a lot of the same interests, personalities and sense of humor. He has one of those infectious laughs that can take over a room. We immediately hit it off, as we both have huge interests in the then Washington Redskins, and family ties to the Bethesda/Chevy Chase area.

Over the years of knowing Charlie, I also grew a close relationship with his son Casey. Casey has worked at our restaurant in Oxford for the last three years. He is a tremendous young man. He is punctual, responsible, and very hard working. Casey is not afraid of constructive criticism, and always takes accountability. I can only attest these traits to his up bringing. It starts at home. Casey is one of the bright young kids in a world where so many young ones are checked out and entitled.

On more than one occasion, I have played golf with Charlie and his two sons. He is a loving father. A nurturer. In the restaurant business, I am often surrounded by people that are not very genuine. I've never seen this out of Charlie, Christi, or the boys. Charlie is the kind of guy I knew I could call for anything, and he'd drop everything to help me out. Charlie was there for me in times of my life when I needed him.

From these interactions, I do not believe that Charlie's conduct in this case matches his character. I believe him to be honest, genuine, and principled.

Sincerely,

Steven Oristian

Spencer McAllister
6988 Cooke's Hope Road
Easton, Maryland 21601
spencer@fleetwoodins.com
410-829-0337

December 12, 2025
The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida
Re: CASE NO. 24-CR-20255

Your Honor,

My name is Spencer McAllister.  I live in Easton Maryland with my wife Jordan and three young children.  Jordan is a certified nurse practitioner, and I work for a local independent insurance agency.  I first met Charlie in 2019, and over the past 6 years we've really gotten to know one another, whether it was on the golf course, dinners, or on the sideline of his son Jack's lacrosse games.

I am a volunteer lacrosse coach at The Country School and had the privilege of coaching Jack last season and will again this upcoming spring.  This kid is the kindest, most sincere young man we have on the roster, and is also a terrific athlete.  Charlie comes to every game, and it's clear that Jack takes great pride and joy in having his dad there to support him.

As I write this letter, we are less than two weeks from Christmas, and I cannot help but think about Charlie and his family.  The charges are beyond inconsistent with the person I have come to know.  This is a good family with young children facing the holiday season without their father.  As a father myself, I cannot imagine the weight of what Charlie and his family are experiencing.

I fully understand the seriousness of the charges, but my hope is that Charlie is afforded a fair sentence; one that allows him the opportunity to make amends and return to being an active part of his family's life, something I know he desires deeply.

Thank you for your time and consideration.


Sincerely,


Spencer McAllister

Dear Honorable Judge William P. Dimitrouleas,
Case# 24-cr-20255-WPD

Charles Boyd Character Reference

My name is Michael Endzel, and I live in St Michaels, MD. I met Charlie Boyd 9 years ago, when my oldest son Johnny started Kindergarten and his son Jack was in Johnny's class. We became good friends over the course of the next few years, with Charlie helping me with birthday party adventures for my son and his friends. One of the most endearing things I learned about Charlie early on in our friendship is his support of his wife's nephew who has Downs Syndrome. I was shocked at the level of involvement Charlie had in his wife's cousin's life even though the nephew lives on the other side of the country! Charlie is a very unique blend of a guy that is friendly and caring, and also has very clearly defined values and makes difficult decisions based on his moral code. In the 9 years I have known him, I have never seen him choose anything over his family, he misses more guys events to be with his family than any of our other acquaintances combined. His dedication to his family has resulted in his 2 sons Casey and Jack, being VERY respectful, kind, intelligent kids. They love their dad immensely. Having known both of the boys, and their friends, for most of their lives I can honestly tell you that Charlie's kids are far and away the best kids I know. Those boys turned out that way BECAUSE of Charlie and his involvement in their lives. They excel in sports and school because they're hard workers. Casey is a few years older than my son and Jack, and he was accepted into Severn for high school, and earned a spot on their prestigious golf team! I can't overstate how much Charlie has positively influenced his sons' lives!!

That influence radiates out beyond just his direct contacts too! Jack has been a wonderful "big brother" to my youngest son who is autistic. He mirrors his dad's compassion.

Charlie is the first person to jump into a problem and help others; if I had to describe who Charlie Boyd is, it would be "a real-life super hero." He has never been anything short of ultra-supportive and ready to help you weather any storm that you're facing. Since I have known him he has never acted with anything less than the best intentions. He is ALWAYS self-less. No matter what team I'm on, in sports or in life, he would be my first pick to be on my team.

Sincerely, thank you for taking the time to read this and consider who Charlie is and what he means to this community. Should you have any questions or concerns regarding anything in my letter, please feel free to contact me!

Sincerely,

Michael Endzel
mendzel@mavericktransport.com
(410) 829-2661

7971 Pond Haven Ct
St Michaels, MD 21663

**Peter Stewart**
**3911 Montrose Drive**
**Chevy Chase, MD 20815**

**The Honorable William Dimitrouleas**
**United States District Court Judge, Ft. Lauderdale, Florida**
*United States of America v. Charles Boyd, Case No. 24-CR-20255-Dimitrouleas*

Dear Judge Dimitrouleas,

I am a project manager living outside of Washington, D.C., with my wife and two sons, and I am writing this letter on behalf of Charles "Charlie" Boyd.

Charlie and I first met in seventh grade in 1994 and have remained close friends ever since. We have been part of the same core group of friends since that time, and I understand you may receive several letters from these individuals who know him well. Charlie met his wife and began raising a family earlier than many of us, taking on significant responsibilities at a time when others were still largely focused on personal pursuits. While the rest of us were free to travel or explore hobbies, Charlie was working to provide for his family.

Despite those responsibilities, I have never seen anyone take greater joy in parenthood. Whether describing his oldest son's accomplishments on the golf course or sharing stories about his youngest son's energetic adventures at school, Charlie consistently expressed pride, love, and dedication. He is someone who shows up for the people he cares about, and I am grateful to have been included among them for more than three decades.

I do not seek to minimize the seriousness of the charges before the Court. I am writing simply to speak to Charlie's character as I have known it over many years and to offer my support in the same manner I know he would offer his support to me.

Thank you for your time and consideration.

Respectfully,

**Peter Stewart**

*Peter Stewart*

**cell: 301-775-9184, email: pstew652@gmail.com**

The Honorable William Dimitrouleas
United States District Court Judge
Ft. Lauderdale, Florida

Re: United States of America v. Charles Boyd
Case No. 24-CR-20255-Dimitrouleas

Dear Judge, Dimitrouleas,

My name is Matthew A. Taylor, and I have had the privilege of knowing Charlie Boyd for five (5) years. I am writing to share my perspective on Charlie's character and the positive impact he has had on those around him.

Charlie is one of the most hardworking individuals I have ever met. His dedication to his responsibilities is unwavering, and he consistently goes above and beyond to ensure that tasks are completed with excellence. Beyond his professional diligence, Charlie demonstrates a deep and genuine care for his friends, family, and community. He is the kind of person who shows up when others need support, whether that means lending a helping hand, offering guidance, or simply being present during difficult times.

Over the years, I have witnessed Charlie make a meaningful difference in the lives of those around him. His generosity and empathy are evident in countless ways—from volunteering his time to assist community initiatives to providing mentorship and encouragement to those facing challenges. These actions reflect a person whose values are rooted in kindness, integrity, and service to others.

In my opinion, Charlie's current situation does not reflect the person I have come to know. His conduct in this case is an aberration of his usual character, which has always been marked by honesty, responsibility, and compassion.

Thank you for considering my perspective as you evaluate Charlie's character. I appreciate the opportunity to share my thoughts and hope they provide insight into the positive qualities that define him.

Respectfully,
Matthew A. Taylor

*Kenneth W. Mann*
*7687 Tred Avon Circle*
*Easton, MD 21601*
*Kenmann4@gmail.com   410-533-5209*

Honorable Judge William P. Dimitrouleas
United States District Court Judge
Fort Lauderdale, Florida

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-DimitrouleasHonorable Judge William P. Dimitrouleas

My name is Ken Mann, a Senior Managing Director at SC&H Group, a father of two young women, and involved in numerous local charities in the town where Charles ("Charlie") Boyd resides. I have known Charlie quite well for about 10 years through our various overlapping involvements in the small community we live in and I consider him a friend. We've each coached youth sports, we are members of the same private club in a small community, we care about similar causes, and I had been in a Vistage CEO peer group with Charlie for approximately 5 years prior to his criminal case. We also have lived in very close geographic proximity to one another, off the same road.

I have interacted with Charlie's two boys and see how well they are being raised – they are polite, trustworthy, kind, and disciplined.  I have seen Charlie being a good influence on other children in our community, coaching football and playing golf with teens, demonstrating good values and being a positive role model to them.  Charlie is a very positive, kind, giving man.  He was a wonderful neighbor – always willing to lend a hand and pleasant to bump into when on bike rides or walks with his boys.

Through my participation in the Vistage group, I have had many deep group conversations with Charlie and know how much effort he has put into developing himself as a leader, and how much he cares about doing the right thing, taking care of his employees, supporting the community, and helping other entrepreneurs be successful.  He has been a great listener for me and the other CEOs in our group and has generously offered his help at every opportunity. I firmly believe that the behavior Charlie has been convicted of is completely incongruent with who he is and the rest of his life and sincerely hope his second chance will come sooner rather than later.  I know he will do much good when that day comes.

I see Charlie as a fantastic father, job creator, coach and role model, a person who steps up to help others when they are down, and loyal friend to many. He is a genuinely good person and our community will sorely miss him during his time away from us.

Thank you for your consideration. I am available should you wish to speak further.  Respectfully,

*Kenneth W. Mann*

Kenneth W. Mann

Kentavius Jones
9056 High Banks Terrace
Easton, MD 21601


December 9th, 2025


United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas


Your Honorable William Dimitrouleas,
United States District Court Judge, Ft. Lauderdale, Florida",

I am writing to share my account of Charlie Boyd's character. I currently serve as the Executive Director of a mentoring organization, a contracted consultant, and a professional musician. I have been close friends with Charlie and his family for roughly 15 years, during which I've had the privilege of witnessing his integrity and compassion firsthand.

Charlie is a devoted husband to his wife and a committed, caring father to his children. He consistently gives his time to the community as a coach, volunteer, and philanthropist. In his role as a football coach, he provides steady encouragement, guidance, and mentorship to his players.

On a personal level, I have been the recipient of his generosity and kindness many times throughout our friendship. As someone who has lived with chronic pain for many years—which has required numerous surgical procedures—there have been periods when recovery has been especially difficult. During those times, Charlie has always reached out to check on me, offer support, and make sure I felt cared for. His heart for service and his genuine desire to help others are unmistakable.

I hope this gives you a clear understanding of the kind of person he is. Charlie is of tremendous importance and value to his family, his friends, and the broader community.


Best Regards,


Kentavius Jones

RE: Case #: 24-CR-2055-Dimitrouleus

The Honorable William Dimitrouleus

I am writing this letter in support of Charles Boyd. I have known Charles since 1993, when he was still in middle school, and I have had the privilege of watching him grow into an exceptional man, husband, and father.

From an early age, Charles demonstrated strong character. He was an excellent student and a dedicated athlete, qualities that reflected his discipline, work ethic, and commitment—traits that have only strengthened over time. As an adult, those same values are evident in every aspect of his life.

Charles is one of the most remarkable friends and fathers I have ever known. His family is always his highest priority. He puts his wife, children, and parents above everyone else, consistently showing up for them with love, responsibility, and unwavering support. His children are being raised by a father who leads by example and instills strong values through both his words and his actions.

Faith plays an important role in Charles's life. He is active in his church and lives his faith with sincerity and humility. His beliefs guide how he treats others—with compassion, integrity, and respect.

Our families are deeply connected. My children refer to Charles as their "Uncle," and they consider his children their cousins. This speaks to the closeness of our relationship and the trust I place in him, not only as a friend but as someone I welcome fully into my family.

Charles works extremely hard and takes pride in everything he does. He approaches his responsibilities with dedication and care, and he consistently strives to do what is right. He is, quite simply, one of the best human beings I have ever known, and I am truly honored to call him my friend.

I offer this letter with sincerity and respect, and I hope it is given thoughtful consideration. Please feel free to contact me if additional information would be helpful.

Sincerely,

Kelly Barch

10011 Summit Avenue

Kensington, MD 20895

240.388.8518

Justin R. Barch
10011 Summit Ave
Kensington, MD 20895

12/12/2025

The Honorable William P. Dimitrouleas

United States District Court

Case Number: 24-cr-20255-WPD

Re: Letter of Support for Charles Boyd

Your Honor,

I write this letter with deep respect for the Court and full acknowledgment of the seriousness of these proceedings. I do not seek to discuss the merits of the case, but rather to offer insight into the character, values, and life contributions of Charles Boyd whom I have known for 35 years.

Throughout the time I have known him, Charles has consistently demonstrated integrity, responsibility, and compassion toward others. He is a devoted father who places his children's well-being, guidance, and moral development at the center of his life. His presence as a steady, loving parent has had a meaningful and positive impact on his family, and his children look to him as a source of stability, encouragement, and example.

He is also a devoted husband and son who maintains strong family ties and shows genuine care and respect for his parents and loved ones. Family responsibility is not a concept he speaks about lightly—it is something he actively lives out through his actions and commitments.

As a practicing Christian, Charles strives to live according to his faith, emphasizing accountability, service, humility, and personal growth. His faith is not performative; it is reflected in the way he treats others, the way he serves his community, and the way he seeks to better himself.

One of the clearest demonstrations of his character is his volunteer work as a youth football coach. In this role, he has given countless hours to mentor young people, teaching them discipline, teamwork, respect, and perseverance. Many of these children benefit not only from his coaching skills, but from his guidance as a positive male role model—someone who holds them accountable while genuinely caring about their growth both on and off the field.

In every capacity I have seen him serve—as a father, a son, a man of faith, and a community volunteer Charles has been dependable, sincere, and motivated by a desire to contribute

positively to the lives of others. He is the type of person whose absence would be deeply felt by his family and community.

I respectfully ask the Court to consider these aspects of Charles's character when determining an appropriate sentence. He is someone capable of reflection, accountability, and continued positive contribution, and I sincerely believe he has the capacity to move forward in a way that honors the Court, his family, and his community.

Thank you for your time and careful consideration.

Respectfully submitted,

Justin Barch

January 5th, 2026

The Honorable William Dimitrouleas,
United States District Court Judge
Ft. Lauderdale, Florida

RE:
United States of America v. Charles Boyd
Case No. 24-CR-20255-Dimitrouleas

Judge Dimitrouleas,

Please accept this character letter in support of my cousin, Charles Boyd. I am a Chief Officer in the United States Merchant Marines, a veteran of the United States Coast Guard formerly stationed in Ft. Lauderdale, FL, and have known Charles my entire life for over 40 years.

Charles has always been dedicated to his family and is a man of good character. He has shown nothing but devotion to his wife Christi, his partner of more than 25 years; his children; and his parents. He is an exceptional father to his two young sons, Casey and Jack, and has been a consistent, supportive, and involved presence in their lives. Charlie is also a devoted son to his parents, Cheryl and John, and has been a significant source of support to them during recent serious health concerns. As just one of many examples of his commitment to family, he was a notable family presence for me during a challenging time after my mother died at a young age. During this formative period of my life, he encouraged me to take my life in a positive direction, including career pursuits both in the military and later in civilian roles serving my country.

In conclusion, Charles is a loving and devoted husband, father, son, and cousin who plays a meaningful and positive role in his family members' lives.

Respectfully,

John C Stencil Jr.

12/5/2025


**RE: United States of America v. Charles Boyd**

**CASE NO. 24-CR-20255-Dimitrouleas**


Dear Honorable William Dimitrouleas, United States District Court Judge, Ft. Lauderdale, Florida:


My name is Chris Schindler Vice President of Bayside Insurance Assoc.  My business and residence are located in Easton Maryland.  Though Charlie and I did not have a business relationship we have been personal friends for over 10 years.  Charlie is a pilar in our community, an excellent father and husband.  The time he spends volunteering in the community supporting his two sons and the sports they participate in is very admirable. Even though I have two girls who do not play sports with his boys it has always stood out to me the time he commits and passion he has coaching his sons in football and the impact he has on other children he coaches.

On a personal level I very much enjoy golfing, watching football and socializing with Charlie.  He is a genuinely great guy and I ask that you consider this letter when making the decision before you.


Sincerely

Chris Schindler

Vice President

 Bayside Insurance Assoc

December 5th, 2025

To: The Honorable William Dimitrouleas
United States District Court Judge, Ft. Lauderdale, Florida

RE: United States of America v. Charles Boyd
CASE NO. 24-CR-20255-Dimitrouleas

Dear Judge Dimitrouleas,

Please accept this character letter on behalf of my first cousin, Charlie Boyd.

I have known Charlie for 39 years and know him to be a loyal husband, father, son, brother, cousin, and friend.

Charlie has built a life with his wife, Christi, who he met at just 17 years old. He is a wonderful husband to Christi and father to his two sons, Casey and Jack, and is dedicated and devoted to his family.

I know Charlie to value family and friends and put others first. He has brought joy into my life over the many years of family reunions and holiday gatherings. He is also a dedicated son and caregiver to his aging parents, and devotes a lot of time and energy to supporting their quality of life.

Thank you for your attention to my letter.

Sincerely,

Annie Stencil