**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 868 | Date Range: 9/18/2020 - 5/6/2021 |

USA v. C. Boyd
**Exhibit E**
1:24-CR-20255-WPD

**Outline of Conversations**

 **chat958580181550112072** · 868 messages between 9/18/2020 - 5/6/2021 · Adam Brosius. · Garrett Mellott · Peter · Voicemail

| | | |
|---|---|---|
| | Thank you | |
| V | **Voicemail** | 4/12/2021, 2:03 PM |
| | Gm peter.  I will not be able to make it tomorrow.   The flights just don't work and I am out of town Thursday and Friday. | |
| | Garrett will meet you to discuss future business either tomorrow or weds. | |
| | Garrett please reach out to peter.  Thx | |
| P | **Peter** | 4/12/2021, 2:04 PM |
| | Ok done deal | |
| P | **Peter** | 4/20/2021, 12:15 PM |
| | Good morning | |
| P | **Peter** | 4/20/2021, 12:15 PM |
| | How r u guys | |
| P | **Peter** | 4/20/2021, 12:15 PM |
| | Any updates | |
| P | **Peter** | 4/20/2021, 12:27 PM |
| | ?? | |
| V | **Voicemail** | 4/20/2021, 12:40 PM |
| | Gm peter.  I am in the drs office.   I saw you called but couldn't hear you. | |
| | Charlie and pat are calling me at 10 am.  I will call you afterwards. | |
| P | **Peter** | 4/20/2021, 12:46 PM |
| | Ok np | |
| P | **Peter** | 4/20/2021, 12:47 PM |
| | Please today | |
| V | **Voicemail** | 4/20/2021, 12:51 PM |
| | Liked "Please today" | |
| V | **Voicemail** | 4/26/2021, 10:23 PM |
| | Hi peter.  Trying to get things worked out. | |
| | This kind of thing is what everyone is worried about. | |
| V | **Voicemail** | 4/26/2021, 10:23 PM |
| | https://www.justice.gov/usao-sdfl/pr/pharmaceutical-business-owner-sentenced-miami-role-prescription-medication-diversion | |

*File "798bc479-c6cd-4878-b06e-9088af4247f3.pluginPayloadAttachment" is missing.*
*Attachment: ~/Library/SMS/Attachments/0d/13/A7AA45EB-3D64-48E5-9AA8-B7D4DF3656A1/3C28D170-7491-4214-80C4-45D4EE1B646A.pluginPayloadAttachment (53 KB)*

*File "617d18df-4054-4232-af12-da36ccab02c3.pluginPayloadAttachment" is missing.*
*Attachment: ~/Library/SMS/Attachments/0f/15/4BEEC528-82AF-4913-87B0-5DF7DA690C14/EDC38832-0717-4EB8-A6AE-0DB8D57F403F.pluginPayloadAttachment (17 KB)*

| | | |
|---|---|---|
| P | **Peter** | 4/26/2021, 10:26 PM |
| | Yes I see | |

P **Peter** 4/26/2021, 10:26 PM
Thank you

V **Voicemail** 5/6/2021, 7:50 PM

Hi peter.

I just spoke to safe chain Attorneys and management.

They said Garrett and I are not allowed to talk to anyone from BLVD or about BLVD.   They said they sent a letter from the lawyers.  Did BLVD get it??

Outside of BLVD. We can talk about other companies and wholesalers.  Let me know if you want to talk tomorrow about it.

Pat from Safe chain can talk to you if you want.

Thx.

ABWW-00054413