USA v. C. Boyd

**Exhibit F**

1:24-CR-20255-WPD

Message

| | |
|---|---|
| **From:** | Susmitha Sunkara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D76563FB35874D5A8EC563C3CA8002D0-SUSMITHA SU] |
| **Sent:** | 10/7/2020 11:34:35 PM |
| **To:** | David Battaglia [david.battaglia@gilead.com]; Misty Armstrong [misty.armstrong@gilead.com]; Clifford Won (Contractor) [clifford.won@gilead.com]; Melanie Baccay (Contractor) [melanie.baccay@gilead.com] |
| **Subject:** | RE: Gilead Sciences BIKTARVY Inquiry (PR-200633) |

All,

==Please do not disclose any information to Safe Chain Solutions. Rochester is no longer a Gilead Authorized distributor. They filed for bankruptcy and also shady. The pedigree is fake and will warrant filing a drug notification.==

Thanks
Susmitha

**EXHIBIT**

8

12/15/23

**From:** David Battaglia
**Sent:** Wednesday, October 07, 2020 3:59 PM
**To:** Misty Armstrong <Misty.Armstrong@gilead.com>; Susmitha Sunkara <Susmitha.Sunkara@gilead.com>
**Subject:** FW: Gilead Sciences BIKTARVY Inquiry (PR-200633)

**From:** Melanie Baccay (Contractor)
**Sent:** Wednesday, October 07, 2020 12:21 PM
**To:** David Battaglia <David.Battaglia@gilead.com>; Quality Complaints <QualityComplaints@gilead.com>
**Cc:** Azmat Shah <Azmat.Shah@gilead.com>
**Subject:** RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

I'm not seeing Rochester, or the other names provided on the "Drug Supply Chain Security Act Document," on the lot shipment report.

**Clifford,**

Can you please attempt another follow up with Safe Chain Solutions regarding the questionnaire and photographs. More importantly, please ask him to confirm if the expiration date was illegible, and follow up with the questions David mentions below in the email chain, if so.

Many thanks,
Mel

**From:** David Battaglia <David.Battaglia@gilead.com>
**Sent:** Wednesday, October 7, 2020 11:53 AM
**To:** Melanie Baccay (Contractor) <melanie.baccay@gilead.com>; Quality Complaints <QualityComplaints@gilead.com>
**Cc:** Azmat Shah <Azmat.Shah@gilead.com>
**Subject:** RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

I'd run a lot shipment report and confirm that we sold to Rochester via that report. But all of this seems secondary to finding out if the expiration date was illegible and if so, when it was noticed that it was illegible (and was it originally legible and through handling at the pharmacy it became illegible).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GILEAD00038225

SCS-0000138427